B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re   __Craft International LLC__                                                    Case No. _____

Debtor(s)                                              Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Hayman Partners LP<br>Attn: Jeff Knowlton<br>2101 Cedar Springs Road, Suite 1400<br>Dallas, TX 75201 | Hayman Partners LP<br>Attn: Jeff Knowlton<br>2101 Cedar Springs Road, Suite 1400<br>Dallas, TX 75201 | 12% Convertible Preferred Note | | 345,481.17 |
| Utopia Investments, Ltd.<br>Attn: Aaron Kozmetsky<br>4117 Windsor Pkwy<br>Dallas, TX 75205 | Utopia Investments, Ltd.<br>Attn: Aaron Kozmetsky<br>4117 Windsor Pkwy<br>Dallas, TX 75205 | 12% Convertible Preferred Note | | 331,080.03 |
| Bray Family Trust<br>Attn: Bennie Bray<br>4012 Glenwick Lane<br>Dallas, TX 75205 | Bray Family Trust<br>Attn: Bennie Bray<br>4012 Glenwick Lane<br>Dallas, TX 75205 | 12% Convertible Preferred Note | | 282,666.41 |
| Jeffrey Roger Staubach Trust<br>5505 Nakoma Drive<br>Dallas, TX 75209 | Jeffrey Roger Staubach Trust<br>5505 Nakoma Drive<br>Dallas, TX 75209 | 12% Convertible Preferred Note | | 125,629.51 |
| Roger T. Staubach<br>5242 Ravine Drive<br>Dallas, TX 75220 | Roger T. Staubach<br>5242 Ravine Drive<br>Dallas, TX 75220 | 12% Convertible Preferred Note | | 125,629.51 |
| Freeman Capital Ltd.<br>Attn: Brandon Freeman<br>100 Crescent Court, Suite 1450<br>Dallas, TX 75201 | Freeman Capital Ltd.<br>Attn: Brandon Freeman<br>100 Crescent Court, Suite 1450<br>Dallas, TX 75201 | 12% Convertible Preferred Note | | 125,629.51 |
| Colt Ventures, Ltd.<br>Attn: Darren Blanton<br>2101 Cedar Springs Road, Suite 1230<br>Dallas, TX 75201 | Colt Ventures, Ltd.<br>Attn: Darren Blanton<br>2101 Cedar Springs Road, Suite 1230<br>Dallas, TX 75201 | 12% Convertible Preferred Note | | 125,629.51 |
| RWBP Partnership, LP<br>P.O. Box 471350<br>Fort Worth, TX 76147 | RWBP Partnership, LP<br>P.O. Box 471350<br>Fort Worth, TX 76147 | $20,000.00 Promissory Note<br>$18,000.00 Promissory Note<br>$79,241.76 Assumption of Craft Amex Bill | | 117,241.76 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Craft International LLC**                                 Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| R. W. Bo French<br>3824 Cedar Springs Road, #357<br>Dallas, TX 75219 | R. W. Bo French<br>3824 Cedar Springs Road, #357<br>Dallas, TX 75219 | Salary | | 106,250.00 |
| Bo French<br>3824 Cedar Springs Road, #357<br>Dallas, TX 75219 | Bo French<br>3824 Cedar Springs Road, #357<br>Dallas, TX 75219 | Nonpriority Wages | | 93,775.00 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | | 79,241.76 |
| Daniel S. Loeb<br>390 Park Avenue, 18th Floor<br>New York, NY 10022 | Daniel S. Loeb<br>390 Park Avenue, 18th Floor<br>New York, NY 10022 | 12% Convertible Preferred Note | | 78,518.45 |
| RBH Ventures, Ltd.<br>Attn: Bradley Hicks<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201 | RBH Ventures, Ltd.<br>Attn: Bradley Hicks<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201 | 12% Convertible Preferred Note | | 78,518.45 |
| TOH, Jr Ventures, Ltd.<br>Attn: Thomas O. Hicks, Jr.<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201 | TOH, Jr Ventures, Ltd.<br>Attn: Thomas O. Hicks, Jr.<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201 | 12% Convertible Preferred Note | | 78,518.45 |
| J. David Gillikin<br>4731 Wildwood Road<br>Dallas, TX 75209 | J. David Gillikin<br>4731 Wildwood Road<br>Dallas, TX 75209 | 12% Convertible Preferred Note | | 78,518.45 |
| Colonnetta Family Partners I<br>5435 Park Lane<br>Dallas, TX 75220 | Colonnetta Family Partners I<br>5435 Park Lane<br>Dallas, TX 75220 | 12% Convertible Preferred Note | | 78,518.45 |
| Bob Lilly Professional Promotions<br>12850 Spurling Road<br>Dallas, TX 75230 | Bob Lilly Professional Promotions<br>12850 Spurling Road<br>Dallas, TX 75230 | Shipping Expense | | 74,670.18 |
| AEM Partners II, LP<br>Attn: Ardon Moore<br>201 Maint Street, Suite 3200<br>Fort Worth, TX 76102 | AEM Partners II, LP<br>Attn: Ardon Moore<br>201 Maint Street, Suite 3200<br>Fort Worth, TX 76102 | 12% Convertible Preferred Note | | 62,814.76 |
| JL CRAFT LLC<br>Attn: Joseph A. LaNasa III<br>54 Byram Drive<br>Greenwich, CT 06830 | JL CRAFT LLC<br>Attn: Joseph A. LaNasa III<br>54 Byram Drive<br>Greenwich, CT 06830 | 12% Convertible Preferred Note | | 62,814.76 |
| Mia Armstrong Brous<br>4426 Bluffview Blvd.<br>Dallas, TX 75209 | Mia Armstrong Brous<br>4426 Bluffview Blvd.<br>Dallas, TX 75209 | 12% Convertible Preferred Note | | 62,814.76 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Craft International LLC**                                                    Case No. _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer and Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 30, 2014**                                   Signature   */s/ Steven Young*
                                                                                   **Steven Young**
                                                                                   **Chief Executive Officer and Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.