B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Texas

In re    **Craft International LLC**

Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 129,539.94 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 2,955,916.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 129,539.94 | | |
| Total Liabilities | | | | 2,955,916.60 | |

B6A (Official Form 6A) (12/07)

In re     **Craft International LLC**                                                 Case No. _____

                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Physical Office Address** | **Sublease** | - | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re     **Craft International LLC**                                       Case No. _____

                                                **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Plains Capital Bank**   **$15,739.97** <br> **2911 Turtle Creek Blvd.** <br> **Dallas TX** <br><br> **JPM Account**       **$387.29** <br> **Paypal Account**    **$103.99** | - | **16,231.25** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

                                                           Sub-Total >      **16,231.25**
                                                         (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Craft International LLC**                                            Case No._____

,

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables, Physical Address** | - | **41,338.51** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loan to Craft International Risk Management [CIRM]** | - | **45,970.18** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Taya Kyle for the tortious interference with business and other state law related claims related to her efforts to publize her litigation and dispute with the Debtor and its Members. The Debtor may have claims against individuals or entities who aided and abetted her.** | - | **Unknown** |

|  | Sub-Total > | **87,308.69** |
|---|---|---|
|  | (Total of this page) | |

Sheet \_\_**1**\_\_ of \_\_**2**\_\_ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Craft International LLC**         Case No. _____

_____ ,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Claims against the publishers of the books **American Gun** and **American Sniper** for royalties and other related payments of work done by Chris Kyle while he was an employee of the Debtor. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Craft Logo copyright and Craft Skull trademark, which are subject to existing contractual limitations. Physical Address | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 Laptops, Physical Address | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Instruction shirts and training weapons used in business, Physical Address | - | 25,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **26,000.00**
(Total of this page)
Total >     **129,539.94**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Craft International LLC**                                                    Case No. _____
                                                                                ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

___0___  continuation sheets attached

Subtotal
(Total of this page)

Total                                              0.00                0.00
(Report on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **Craft International LLC**                                                      Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re     **Craft International LLC**                                                      Case No. _____

_____,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J/C | | | | | |
| Account No.<br><br>**AEM Partners II, LP**<br>**Attn: Ardon Moore**<br>**201 Maint Street, Suite 3200**<br>**Fort Worth, TX 76102** | - | | | | December 18, 2009<br>12% Convertible Preferred Note | | | | 62,814.76 |
| Account No.<br><br>**AL CRAFT LLC**<br>**Attn:  Alex Lemond**<br>**Miramar Plaza Building, Suite 400**<br>**Ave Ponce de Leon #954**<br>**San Juan, PR 00907** | - | | | | December 18, 2009<br>12% Convertible Preferred Note | | | | 47,111.07 |
| Account No.<br><br>**Andrew Alexander**<br>**6147 Lakeshore Drive**<br>**Dallas, TX 75214** | - | | | | December 18, 2009<br>12% Convertible Preferred Note | | | | 15,026.85 |
| Account No.<br><br>**Armer & Smith Capital Group, LLC**<br>**Attn: Kevin Smith**<br>**7109 Greenshores Drive**<br>**Austin, TX 78730** | - | | | | December 18, 2009<br>12% Convertible Preferred Note | | | | 47,111.07 |
| **10**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 172,063.75 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                S/N:29508-131212   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Craft International LLC**                          Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Bo French <br> 3824 Cedar Springs Road, #357 <br> Dallas, TX 75219 | | - | | **Nonpriority Wages** | | | | 106,250.00 |
| Account No. <br><br> Bob Lilly Professional Promotions <br> 12850 Spurling Road <br> Dallas, TX 75230 | | - | | **Shipping Expense** | | | | 74,670.18 |
| Account No. <br><br> Bray Family Trust <br> Attn: Bennie Bray <br> 4012 Glenwick Lane <br> Dallas, TX 75205 | | - | | December 18, 2009 <br> **12% Convertible Preferred Note** | | | | 282,666.41 |
| Account No. <br><br> Charles Fitzgerald <br> c/o V3 Capital Management LP <br> 400 Park Avenue, 14th Floor <br> New York, NY 10022 | | - | | December 18, 2009 <br> **12% Convertible Preferred Note** | | | | 31,407.38 |
| Account No. <br><br> Chris Pittman <br> 4078 Creekside Drive <br> Dallas, TX 75229 | | - | | December 18, 2009 <br> **12% Convertible Preferred Note** | | | | 47,111.07 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      542,105.04

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Craft International LLC**                                                    Case No._____
                                                              ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Christopher E. Kirkpatrick 5839 Meadowcrest Drive Dallas, TX 75230 | | - | | December 18, 2009 12% Convertible Preferred Note | | | | 18,783.56 |
| Account No. Colonnetta Family Partners I 5435 Park Lane Dallas, TX 75220 | | - | | December 18, 2009 12% Convertible Preferred Note | | | | 78,518.45 |
| Account No. Colt Ventures, Ltd. Attn: Darren Blanton 2101 Cedar Springs Road, Suite 1230 Dallas, TX 75201 | | - | | December 18, 2009 12% Convertible Preferred Note | | | | 125,629.51 |
| Account No. Daniel S. Loeb 390 Park Avenue, 18th Floor New York, NY 10022 | | - | | December 18, 2009 12% Convertible Preferred Note | | | | 78,518.45 |
| Account No. David Feherty 6422 Prestonshire Lane Dallas, TX 75225 | | - | | December 18, 2009 12% Convertible Preferred Note | | | | 15,026.85 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          316,476.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Craft International LLC**                                              Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D i S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | December 18, 2009 | | | | |
| Derrick Hunt 3325 Boggett Ct. Southlake, TX 76092 | - | | | 12% Convertible Preferred Note | | | | 7,513.42 |
| Account No. | | | | December 18, 2009 | | | | |
| Devin Phillips 4119 Briargrove Lane Dallas, TX 75287 | - | | | 12% Convertible Preferred Note | | | | 19,629.61 |
| Account No. | | | | December 18, 2009 | | | | |
| Double Eagle Capital Management, LP 909 Lake Carolyn Pkwy, Suite 1825 Irving, TX 75039 | - | | | 12% Convertible Preferred Note | | | | 47,111.07 |
| Account No. | | | | For Notice Purposes | | | | |
| Edward Deegan 2101 Carleton Avenue Fort Worth, TX 76107 | - | | | | | | | 0.00 |
| Account No. | | | | For Notice Purposes | | | | |
| Edward Morales 23219 N. 25th Street Phoenix, AZ 85024 | - | | | | | | | 0.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     74,254.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craft International LLC**                                        Case No. _____
                                                                          
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Fred W. Brown <br> 8323 S.W. Freeway, Suite 475 <br> Houston, TX 77074 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 31,407.38 |
| Account No. <br><br> Freeman Capital Ltd. <br> Attn:  Brandon Freeman <br> 100 Crescent Court, Suite 1450 <br> Dallas, TX 75201 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 125,629.51 |
| Account No. <br><br> Hayman Partners LP <br> Attn: Jeff Knowlton <br> 2101 Cedar Springs Road, Suite 1400 <br> Dallas, TX 75201 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 345,481.17 |
| Account No. <br><br> Hunter Brous <br> 1221 South Congress Ave., Apt. 421 <br> Austin, TX 78704 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 15,703.69 |
| Account No. <br><br> J. David Gillikin <br> 4731 Wildwood Road <br> Dallas, TX 75209 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 78,518.45 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **596,740.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Craft International LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. <br><br> Jeffrey Roger Staubach Trust <br> 5505 Nakoma Drive <br> Dallas, TX 75209 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 125,629.51 |
| Account No. <br><br> JL CRAFT LLC <br> Attn: Joseph A. LaNasa III <br> 54 Byram Drive <br> Greenwich, CT 06830 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 62,814.76 |
| Account No. <br><br> John Walding <br> 14610 Riverside Drive <br> Little Elm, TX 75068 | | - | | For Notice Puposes | | | | 0.00 |
| Account No. <br><br> Joshua Douglas White <br> 5726 Preston Haven <br> Dallas, TX 75230 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 31,407.38 |
| Account No. <br><br> Kelly Canterbury <br> 2315 Calmont Drive <br> Arlington, TX 76001 | | - | | For Notice Purposes | | | | 0.00 |

Sheet no. **5** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219,851.65

B6F (Official Form 6F) (12/07) - Cont.

In re **Craft International LLC** Case No. _____
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Kevin Lacz <br> 1320 Bridgton Cape Ct. <br> Winston Salem, NC 27127 | | - | For Notice Purposes | | | | 0.00 |
| Account No. <br><br> Mark Lang <br> 2817 Daniel Creek <br> Mesquite, TX 75181 | | - | For Notice Purposes | | | | 0.00 |
| Account No. <br><br> MC3B, LLC <br> Attn: Mike Burress <br> 5430 LBJ Freeway, Suite 1090 <br> Dallas, TX 75240 | | - | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 30,053.70 |
| Account No. <br><br> Mia Armstrong Brous <br> 4426 Bluffview Blvd. <br> Dallas, TX 75209 | | - | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 62,814.76 |
| Account No. <br><br> Nocom, LLC <br> 3824 Cedar Springs Road, #357 <br> Dallas, TX 75219 | | - | For Notice Purposes | | | | 0.00 |

Sheet no. **6** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 92,868.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Craft International LLC**                                    Case No. _____
                                                    ,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | December 18, 2009 | | | | |
| Quail County Construction Co., Inc. Attn: Tim Allen 2495 N US Highway 385 Andrews, TX 79714 | - | | | 12% Convertible Preferred Note | | | | 62,814.76 |
| Account No. | | | | For Notice Purposes | | | | |
| Randy Dehay 5460 Ranch Road 32 Blanco, TX 78606 | - | | | | | | | 0.00 |
| Account No. | | | | Trade Debt | | | | |
| Ray's Hardware & Sporting Goods 730 Singleton Blvd. Dallas, TX 75212 | -- | | | | | | | 8,233.35 |
| Account No. | | | | December 18, 2009 | | | | |
| RBH Ventures, Ltd. Attn: Bradley Hicks 100 Crescent Court, Suite 1200 Dallas, TX 75201 | -- | | | 12% Convertible Preferred Note | | | | 78,518.45 |
| Account No. | | | | Utility | | | | |
| Red Gap Communications 504 Main Street Fort Worth, TX 76102 | -- | | | | | | | 369.75 |

Sheet no. **7** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         149,936.31

B6F (Official Form 6F) (12/07) - Cont.

In re   **Craft International LLC**                                                                    Case No. _____

_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Rigo Durazo <br> 23219 N. 25th Street <br> Phoenix, AZ 85024 | | - | | **For Notice Purposes** | | | | 0.00 |
| Account No. <br><br> Roger T. Staubach <br> 5242 Ravine Drive <br> Dallas, TX 75220 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 125,629.51 |
| Account No. <br><br> RRP Training, LLC <br> Attn: Raymon Hunt <br> 4655 O'Connor Ct. <br> Irving, TX 75062 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 47,111.07 |
| Account No. <br><br> RWBP Partnership, LP <br> P.O. Box 471350 <br> Fort Worth, TX 76147 | | - | | April 29, 2011 and May 5, 2011 <br> $20,000.00 Promissory Note <br> $18,000.00 Promissory Note <br> $79,241.76 Assumption of Craft Amex Bill | | | | 117,241.76 |
| Account No. <br><br> Scott & Catherine J. Phillips <br> 3601 Wentwood <br> Dallas, TX 75225 | | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 9,391.78 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        299,374.12

B6F (Official Form 6F) (12/07) - Cont.

In re **Craft International LLC**                                           Case No. _____
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Shannon Rogers 23219 N. 25th Street Phoenix, AZ 85024 | - | | | **For Notice Purposes** | | | | 0.00 |
| Account No. The Get Good Trust Attn: Jim Dondero 300 Crescent Court, Suite 700 Dallas, TX 75201 | - | | | **December 18, 2009** **12% Convertible Preferred Note** | | | | 15,026.85 |
| Account No. Toby Neugebauer 3700 Winding Creek Drive Austin, TX 78735 | - | | | **December 18, 2009** **12% Convertible Preferred Note** | | | | 30,053.70 |
| Account No. Todd Groves 6207 Glendora Avenue Dallas, TX 75230 | - | | | **December 18, 2009** **12% Convertible Preferred Note** | | | | 7,513.42 |
| Account No. TOH, Jr Ventures, Ltd. Attn: Thomas O. Hicks, Jr. 100 Crescent Court, Suite 1200 Dallas, TX 75201 | - | | | **December 18, 2009** **12% Convertible Preferred Note** | | | | 78,518.45 |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      131,112.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Craft International LLC**                                          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Trinity Equity Partners I, LP <br> Attn: Wil VanLoh <br> 1401 McKinney Street, Suite 2700 <br> Houston, TX 77010 | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 30,053.70 |
| Account No. <br><br> Utopia Investments, Ltd. <br> Attn: Aaron Kozmetsky <br> 4117 Windsor Pkwy <br> Dallas, TX 75205 | - | | December 18, 2009 <br> 12% Convertible Preferred Note | | | | 331,080.03 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 361,133.73 |
| Total <br> (Report on Summary of Schedules) | 2,955,916.60 |

B6G (Official Form 6G) (12/07)

In re    **Craft International LLC**                                          Case No. _____

                                                      **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| 5.11, Inc.<br>4300 Spyres Way<br>Modesto, CA 95356 | Marketing and merchandising |
| Bob Lilly Professional Promotions<br>12850 Spurling Road<br>Dallas, TX 75230 | Merchandise and Marketing Agreement |
| Edward Deegan<br>2101 Carleton Avenue<br>Fort Worth, TX 76107 | Contract Labor |
| Edward Morales<br>23219 N. 25th Street<br>Phoenix, AZ 85024 | Contract Labor |
| John Walding<br>14610 Riverside Drive<br>Little Elm, TX 75068 | Contract Labor |
| Johnny D. Showalter<br>6215 Parkside Drive<br>Arlington, TX 76001 | Contract Labor |
| Kelly Canterbury<br>2315 Calmont Drive<br>Arlington, TX 76001 | Contract Labor |
| Kevin Lacz<br>1320 Bridgton Cape Ct.<br>Winston Salem, NC 27127 | Contract Labor |
| Mark Lang<br>2817 Daniel Creek<br>Mesquite, TX 75181 | Contract Labor |
| Nocom, LLC<br>3824 Cedar Springs Road, #357<br>Dallas, TX 75219 | Sublease |
| Randy Dehay<br>5460 Ranch Road 32<br>Blanco, TX 78606 | Contract Labor |
| Rigo Durazo<br>23219 N. 25th Street<br>Phoenix, AZ 85024 | Contract Labor |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re      **Craft International LLC**                                          Case No. _____
                                                                    ,
                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Shannon Rogers**<br>**23219 N. 25th Street**<br>**Phoenix, AZ 85024** | **Contract Labor** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Craft International LLC**                                                 Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RWBP Partnership, LP**<br>**P.O. Box 471350**<br>**Fort Worth, TX 76147** | **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** |
| **Steven Young**<br>**3824 Cedar Springs Road, #357**<br>**Dallas, TX 75219** | **Ray's Hardware & Sporting Goods**<br>**730 Singleton Blvd.**<br>**Dallas, TX 75212** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re    __Craft International LLC__

                         Debtor(s)

Case No. _____

Chapter    __11__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer and Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 30, 2014__

Signature    _/s/ Steven Young_

                     **Steven Young**
                     **Chief Executive Officer and Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.