# EXHIBIT C

# EXHIBIT C

## EXECUTORY CONTRACTS TO BE ASSUMED

| CONTRACTING PARTY | NATURE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|
| 5.11, Inc.<br>4300 Spyres Way<br>Modesto, CA 95356 | Marketing and Merchandising | Zero |
| Bob Lilly Professional Promotions<br>12850 Spurling Road<br>Dallas, TX 75230 | Merchandise and Marketing Agreement | Zero |
| Edward Deegan<br>2101 Carleton Avenue<br>Fort Worth, TX 76107 | Independent Contractor Employment Agreement (Instructor) | Zero |
| Edward Morales<br>23219 N. 25th Street<br>Phoenix, AZ 85024 | Independent Contractor Employment Agreement (Instructor) | Zero |
| John Walding<br>14610 Riverside Drive<br>Little Elm, TX 75068 | Independent Contractor Employment Agreement (Instructor) | Zero |
| Johnny D. Showalter<br>6215 Parkside Drive<br>Arlington, TX 76001 | Independent Contractor Employment Agreement (Instructor) | Zero |
| Kelly Canterbury<br>2315 Calmont Drive<br>Arlington, TX 76001 | Independent Contractor Employment Agreement (Instructor) | Zero |
| Kevin Lacz<br>1320 Bridgton Cape Court<br>Winston Salem, NC 27127 | Independent Contractor Employment Agreement (Instructor) | Zero |
| Mark Lang<br>2817 Daniel Creek<br>Mesquite, TX 75181 | Independent Contractor Employment Agreement (Instructor) | Zero |
| Nocom, LLC<br>3824 Cedar Springs Road, #357<br>Dallas, TX 75219 | Sublease of Office Space | Zero |
| Randy Dehay<br>5460 Ranch Road 32<br>Blanco, TX 78606 | Independent Contractor Employment Agreement (Instructor) | Zero |

79123v.1

| CONTRACTING PARTY | NATURE OF CONTRACT | PROPOSED CURE AMOUNT |
|---|---|---|
| Rigo Durazo<br>23219 N. 25th Street<br>Pheonix, AZ  85024 | Independent Contractor Employment Agreement (Instructor) | Zero |
| Shannon Rogers<br>23219 N. 25th Street<br>Phoenix, AZ  85024 | Independent Contractor Employment Agreement (Instructor) | Zero |

79123v.1