# EXHIBIT F

# EXHIBIT F

**LIST OF TRANSFERS BY THE DEBTOR TO UNSECURED CREDITORS 90 DAYS PREPETITION:**

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFER | AMOUNT STILL OWING |
|---|---|---|---|
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | 1/17/2014<br>1/13/2014<br>11/14/2013 | $17,467.74<br>15,794.98<br>22,709.49 | $79,241.76 |
| Mark Lang<br>2817 Daniel Creek<br>Mesquite, TX 75181 | March 1 thru May 30, 2014 | $3,400.00 | $0.00 |
| John Walding<br>14610 Riverside Drive<br>Little Elm, TX 75068 | March 1 thru May 30, 2014 | 9,000.00 | 0.00 |
| Edward Deegan<br>2101 Carleton Avenue<br>Fort Worth, TX 76107 | March 1 thru May 30, 2014 | 6,000.00 | 0.00 |
| Rigo Durazo<br>23219 N. 25th Street<br>Phoenix, AZ 85024 | March 1 thru May 30, 2014 | 13,539.13 | 0.00 |
| Shannon Rogers<br>23219 N. 25th Street<br>Phoenix, AZ 85024 | March 1 thru May 30, 2014 | 6,000.00 | 0.00 |
| Randy Dehay<br>5460 Ranch Road 32<br>Blanco, TX 78606 | March 1 thru May 30, 2014 | 2,500.00 | 0.00 |
| Edward Morales<br>23219 N. 25th Street<br>Phoenix, AZ 85024 | March 1 thru May 30, 2014 | 2,450.00 | 0.00 |
| Susan M. Foreman, Inc.<br>d/b/a On-The-Record Reporting<br>25 Highland Park Village<br>Suite 100-333<br>Dallas, TX 75205 | May 29, 2014 | 1,223.85 | 0.00 |
| **TOTAL AMOUNT PAID** | | **$100,085.19** | **$79,241.76** |

79861v.1