# EXHIBIT G

**Craft International, LLC**

**Liquidation Analysis**

---

### Introduction

Craft International, LLC (the "Debtor"), is a Texas limited liability company that is a consulting and training services provider offering a wide range of services and training to federal, state and local customers, as well as merchandising accessories, men's and women's apparel and headwear with its trademarked skull logo. This Liquidation Analysis (the "Liquidation Analysis") was prepared as part of the *Disclosure Statement* (the "Disclosure Statement") in support of the *Plan of Reorganization* (the "Plan") filed by the Debtor. This Liquidation Analysis demonstrates that the Plan satisfies § 1129(a)(7) of the Bankruptcy Code, which requires that each Holder of an impaired Allowed Claim or Interest either (i) accepts that plan or (ii) receives or retains under the plan property of a value that is not less than the amount such holder would receive or retain if the Debtor were liquidating under chapter 7 of the Bankruptcy Code.

This Liquidation Analysis is intended be helpful to Holders of Allowed Claims in deciding whether to accept or reject the Plan. This Liquidation Analysis has not been audited or reviewed by an independent certified public accountant and, accordingly, no opinion or any other form of assurance has been expressed in connection therewith. Capitalized terms that are not defined herein will have the meaning ascribed to them in the Plan and/or the Disclosure Statement.

### Assumptions

This Liquidation Analysis reflects the Debtor's estimate of the proceeds that may be realized by the Debtor, and the potential recoveries that may be realized by the Holders of Allowed Claims and Interests if the assets of the Debtor were liquidated and the proceeds distributed in accordance with chapter 7 of the Bankruptcy Code ("Chapter 7"). Underlying this Liquidation Analysis are various estimates and assumptions that, although developed and considered reasonable by the Debtor, are inherently subject to significant economic and competitive uncertainties and contingencies beyond the Debtor's control, and are based upon assumptions about liquidation decisions that could be subject to change. Accordingly, there can be no assurance that the values and the costs reflected in this Liquidation Analysis would actually be realized if the Debtor were, in fact, to undergo such a liquidation.

This Liquidation Analysis is based on the assets projected to be held by the Debtor as of October 1, 2014. It has been assumed, hypothetically, that a plan of reorganization could not ultimately be confirmed and that on or about July 1, 2014 (the "Conversion Date"), the Debtor's chapter 11 Bankruptcy Case would be converted to proceedings under Chapter 7. From a timing standpoint, it is assumed that a trustee (the "Chapter 7 Trustee") would be appointed immediately upon the hypothetical conversion of the chapter 11 Bankruptcy Case.

This Liquidation Analysis assumes that after the Conversion Date, the Chapter 7 Trustee would operate the Debtor's business to the extent allowed under § 721 of the Bankruptcy Code until the

Chapter 7 liquidation process is substantially completed. The Debtor assumes that the Chapter 7 Trustee would complete the liquidation of the Debtor's assets on or about October 1, 2014 (i.e., within 90 days after the Conversion Date). This is an aggressive assumption as most courts have rarely allowed Chapter 7 Trustees to operate a debtor's business for 90 days. If the Chapter 7 Trustee was unable to operate the Debtor's business and forced to liquidate the Debtor's assets in less than 90 days, the sale price would be significantly lower than this Liquidation Analysis reflects.

For purposes of this Liquidation Analysis, it has been assumed that the Debtor's business and/or Assets will be liquidated under "forced-sale" conditions. Because of the restricted time period (assumed to be approximately 90 days) imposed by such conditions, it is further assumed that a sale of the Debtor's business and/or assets will occur at a substantial discount to their otherwise market value. The hypothetical sale scenario presented in this Liquidation Analysis includes projected revenues, expenses and cash flows for the Debtor based on the assumption that the Chapter 7 Trustee would continue to manage the Debtor's assets and operate the Debtor's business in a manner that would produce substantially the same economic outcome as if the Debtor were still in control.

**Fees and Expenses**

This Liquidation Analysis factors in certain fees and expenses associated with administering the Chapter 7 case wind-down:  Chapter 7 Trustee fees, Chapter 7 professional fees and expenses, and litigation professional fees and expenses. The assumptions for each of them are as follows:

- Chapter 7 Trustee Fees. Chapter 7 Trustee fees are calculated based on the statutory escalating scale set forth in § 326 of the Bankruptcy Code, which provides for fees equal to 25% of the first $5,000 of proceeds, 10% of the next $45,000 of proceeds, 5% of the next $950,000 of proceeds, and 3% of all proceeds in excess of $1 million.

- Chapter 7 Professional Fees and Expenses. The Chapter 7 Trustee is likely to hire other professionals including attorneys and accountants to assist in performing his or her duties. These costs and expenses are estimated to be no less than $75,000.

- Litigation Professional Fees and Expenses. For purposes of this Liquidation Analysis, it is assumed that the Trustee would hire attorneys to represent the Estate's interests in the State Court Action. In addition, it is assumed that should Taya lose the State Court Action at the trial court level and the appellate court level, she would appeal that decision to the Texas Supreme Court, which would add to the Trustee's legal fees. These costs and expenses are estimated to be no less than $75,000.

**Sale of the Debtor's Business**

At the outset, the Chapter 7 Trustee would have to make the threshold decision of whether to sell the Debtor's business or the Debtor's assets. The Debtor retained the firm of Hartman Leito & Bolt, LLP ("HLB") to perform a valuation of the Debtor's membership units. HLB's report (the "Valuation Report") is dated January 6, 2014, but the valuation date is November 30, 2013. A

copy of the Valuation Report is attached to this Liquidation Analysis as **Exhibit 1**. The standard of value used in the Valuation Report was fair market value, which assumes that "the price, expressed in terms of cash equivalents, at which property would exchange hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open market and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts."[1]

In arriving at a valuation of the Debtor's membership units, the Valuation Report considered the following factors from IRS Revenue Ruling 59-60:

- The nature of the business and the history of the enterprise from its inception;

- The economic outlook in general and the condition and outlook of the specific industry in particular;

- The book value of the stock and the financial condition of the business;

- The earning capacity of the company;

- The dividend paying capacity;

- Whether or not the enterprise has goodwill or other intangible value;

- Sales of the stock and the size of the block to be valued; and

- The market price of stocks of corporations engaged in the same or similar line of business having their stocks actively traded in a free and open market, either on an exchange or over the counter.

The fair market value standard is a standard that typically yields a higher value than the liquidation forced sale standard. Here, in the Valuation Report, the Debtor's business was valued using the income approach and the market approach. Under both metrics, using the fair market value, the Debtor's membership units were valued at $0.

**Sale of the Debtor's Assets**

The Debtor would have very few assets for the Chapter 7 Trustee to sell, and those assets that the Debtor does have would be difficult to sell. The Debtor's saleable assets and the Debtor's estimate of the value of those assets are detailed in the chart below.[2]

---

[1] Valuation Report, Exhibit 1, citing American Society of Appraisers™, Business Valuation Standards, Definitions.

[2] This information is derived from the Debtor's Schedules [D.E. 2].

| ASSET CATEGORY | VALUE STATED IN THE DEBTOR'S SCHEDULES | NET ESTIMATED SALES PROCEEDS |
|---|---|---|
| Accounts receivable | $41,338.51 | $0 |
| Intellectual property including Craft logo copyright and Craft skull trademark | Unknown | Unknown |
| Office equipment including 3 laptop computers | $1,000 | $0 |
| Supplies used in business including instruction shirts and training weapons | $25,000 | $2,500 |
| Loan to Craft International Risk Management ("CIRM") | $45,970.18 | $0 |
| Litigation claims against Taya Kyle and related parties | Unknown | Unknown |
| Litigation claims against the publisher of Chris Kyles books American Gun and American Sniper | Unknown | Unknown |

By the time of the Conversion Date, the accounts receivable will be considerably over 120 days past due. Although the accounts receivable have a stated value of $41,338.51, their staleness, as of the Conversion Date, will make them difficult to collect and, therefore, for purposes of this Liquidation Analysis, the Debtor does not believe that the Chapter 7 Trustee will be able to sell them; although the Chapter 7 Trustee might be able to retain a collection agency on a contingent fee basis to attempt to collect them. Under this Liquidation Analysis, the Debtor assumes that the Chapter 7 Trustee will abandon the accounts receivable.

The Debtor's office equipment is worth so little that it will cost the Chapter 7 Trustee more in the sale process than those assets will yield to the estate if they were sold. Therefore, under this Liquidation Analysis, the Debtor assumes that the Chapter 7 Trustee will abandon the office equipment.

The Debtor's business supplies include instruction shirts and training weapons. For purposes of this Liquidation Analysis, used clothing in the form of instruction shirts is assigned no value; however, the Debtor believes that the training weapons can be sold resulting in sales proceeds net of expenses in the amount of $2,500.

The Debtor has intellectual property that forms the basis of its merchandizing. The Debtor's prior sales and projected sales are set forth in the chart below.

| MONTH | TOTAL REVENUE | NOTES |
|---|---|---|
| January, 2013 | $1,505.30 | Began online sales |
| February, 2013 | $213,715.43 | Chris Kyle was killed on February 2, 2013, which sparked sales |
| March, 2013 | $56,129.84 | Sporadic advertising |
| April, 2013 | $84,612.71 | Sporadic advertising |
| May, 2013 | $69,220.67 | Sporadic advertising |
| June, 2013 | $57,168.91 | Sporadic advertising |
| July, 2013 | $53,013.93 | Sporadic advertising |
| August, 2013 | $42,239.79 | Sporadic advertising |
| September, 2013 | $33,425.82 | No advertising |
| October, 2013 | $31,937.20 | No advertising |
| November, 2013 | $59,935.71 | Spent $5,000 on advertising |
| December, 2013 | $90,343.72 | Spent $5,000 on advertising |
| January, 2014 | $27,164.72 | No advertising |
| February, 2014 | $23,296.11 | No advertising |

The Debtor estimates that if it advertises its merchandise, sales of the merchandise should result in revenue of $40,000-$50,000 per month, without taking into account the costs of manufacturing and/or purchasing its merchandise. Once those costs are considered, along with the cost of advertising, the Chapter 7 Trustee would probably liquidate the Debtor's merchandise at a considerable discount.

There is currently in production a movie about Chris's life that will be entitled American Sniper. The Debtor has not had any contact with the movie studio, the director or anyone associated with that movie, and the Debtor does not believe that its logo will be used in the movie. In fact, in discussions with Taya, she told the Debtor that its logo will not be used in the movie. The Debtor believes that although a movie about Chris may result in an increase in the sale of its merchandise, that increase will be negligible and temporary.

The Debtor's loan to CIRM is uncollectable because CIRM is no longer in business and the Debtor does not believe that CIRM has any assets that can be liquidated to satisfy the loan. The Debtor's litigation claims against Taya (and related parties) and Chris's book publishers may require the retention of counsel on a contingency fee basis and, therefore, cannot be given a positive value at this time.

**Conclusion**

Under the Plan, the Class 1 General Unsecured Creditors, whose Claims total approximately $3,114,400.12, are going to receive their *pro rata* interest in the Debtor going forward. In

contrast, if the Bankruptcy Case was converted to Chapter 7, and the Chapter 7 Trustee was faced with having to pay the Claims of the Class 1 General Unsecured Creditors, the distributions to General Unsecured Creditors would be either $0 or an amount that would be less than the value of their *pro rata* interest in the Debtor. Consequently, the Debtor believes that confirmation of the Plan would provide each Holder of an Allowed Claim or Interest with a recovery that is not less than it would receive or retain in a liquidation of the Debtor under Chapter 7 of the Bankruptcy Code.

This Liquidation Analysis is an estimate of the proceeds that may be generated as a result of a hypothetical Chapter 7 liquidation of the assets of the Debtor. Underlying this Liquidation Analysis are numerous estimates and assumptions that are inherently subject to significant economic, competitive and operational uncertainties and contingencies beyond the control of the Debtor or a Chapter 7 Trustee. Additionally, various liquidation decisions upon which certain assumptions are based are subject to change. Therefore, there can be assurance that the assumptions and estimates employed in this Liquidation Analysis to project the liquidation values of the Debtor's assets would be realized were the Debtor to undergo an actual liquidation. The actual amounts of Allowed Claims against the Debtor could vary significantly from the Debtor's estimates, depending on, among other things, the claims asserted during the pendency of the Chapter 7 case and objections by the Chapter 7 Trustee. This Liquidation Analysis does not include recoveries from avoidance actions. Therefore, the actual liquidation value of the Debtor could vary materially from the estimates provided here.

Nevertheless, even under the most generous assumptions, a liquidation of the Debtor's assets in Chapter 7 would result in a dramatic decrease in the value of the assets. Given the significantly lower value at which a Chapter 7 Trustee would be able to sell the Debtor's assets, the adverse impact conversion to Chapter 7 would have on the Debtor's business operations, and the added expense, the Debtor is confident that the treatment as contemplated by the Plan will result in a significantly larger recovery for all creditors.

79143v.3

# EXHIBIT 1



Hartman Leito & Bolt, LLP
Accountants and Consultants

January 6, 2014

Mr. Bo French
Chief Operating Officer
Craft International, LLC
3824 Cedar Springs Rd., # 357
Dallas, Texas 75219

Re:    Calculation of Value Analysis

Mr. French,

Pursuant to your request, we have completed our calculation of value analysis determining a numerical result for a one hundred percent (100%) interest (the "Subject Property") in Craft International, LLC (the "Company) as of November 30, 2013 (the "Valuation Date").

Our professional standards require us to inform you of the scope of work used to develop a calculation of value analysis.[1] A calculation of value analysis is not an appraisal, nor does it render an official opinion of value. Rather, it is a series of agreed upon mathematical procedures between the client and the appraiser, the results of which do not provide a professional opinion of value, but rather a numerical result or range of results from the agreed-upon calculations.

Our analysis of the Subject Property is presented within this letter and its attached exhibits (the "Report") and   constitutes a "Restricted-Use Appraisal Report" that is not sufficient for submittal to the Internal Revenue Service ("IRS") for any tax-related matters or reporting purposes. Should you require later, we will gladly discuss providing a written report sufficient for submittal the IRS.

The remainder of this Report defines the parameters of this assignment, briefly describes the Company, and discusses our key assumptions, processes, and calculation of value analysis.

## Intended Users

The intended users of this Report are the members of the Company ("Members") and their professional advisors (the "Intended Users"). This Report shall not be distributed to anyone not defined as an Intended User without the express written consent of Hartman Leito & Bolt, LLP.

## Purpose of Report

This calculation of value analysis and Report were completed for the purpose of facilitating corporate planning measures. Our numerical result is valid for this purpose only and no other.

---

[1] Uniform Standards of Professional Appraisal Practice, Standards Rules 2-2(b), 2006

Fort Worth  6050 Southwest Blvd | Suite 300 | Fort Worth, Texas 76109 | phone 817.738.2400 fax 817.738.1995
Dallas  1600 Viceroy | Suite 720 | Dallas, Texas 75235 | phone 214.689.5600 fax 214.689.5699
www.hlbllp.com

*Craft International, LLC Calculation of Value as of November 30, 2013*

## Standard of Value

In accordance with the purpose of this Report, fair market value is the standard of value applied herein. Fair market value is defined as, "The price, expressed in terms of cash equivalents, at which property would change hands between a hypothetical willing and able buyer *and* a hypothetical willing and able seller, acting at arm's length in an open market and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts."[2] This definition also comports favorably with the definition in IRS Revenue Ruling 59-60.[3]

Under the fair market value standard, the prospective *buyer* is hypothetical, anonymous, represents a composite of all arms-length buyers, and presumed to be a *financial*, as opposed to a strategic, buyer.[4] This assumption excludes the buyer who, by virtue of some other relationship, will benefit from some "value-added" effect on the respective values of some other business or factor and the Subject Property. Similarly, under the fair market value standard, the *seller* is anonymous, assumed to know all relevant facts regarding the effect of market forces, risk, control, and liquidity characteristics on the value of the Subject Property. Moreover, the seller is assumed to know the returns available from alternative investments. Additionally, the definition of fair market value incorporates the following assumptions:

- The business will continue as a going concern and not be liquidated;

- The business would be sold for cash or cash equivalent; and,

- The business would be held on the market for a reasonable time.

Again, the standard of fair market value *excludes* from consideration the value of the Subject Property to specific individuals, including existing Members, that may be willing to acquire the Subject Property at an artificially high or low price due to motivations not typical in an arm's-length transaction.

## Premise of Value

Value as a *going concern* is the premise of value applied here. Value as a going concern is value in continued use, as a mass assemblage of income-producing assets, and as a going-concern enterprise.[5]   As there were no plans to liquidate the Company as of the Valuation Date, the premise of "business as usual" was adopted for determining the value of the Subject Property.

## Requirements

Our calculation of value analysis was developed in conformance with the requirements set forth by the *Principles of Appraisal Practice* and *Code of Ethics* of the American Society of Appraisers™ and the *Uniform Standards of Professional Appraisal Practice & Advisory Opinions* as issued by The Appraisal Foundation™ and in effect as of the Valuation Date.

---

[2] American Society of Appraisers™, Business Valuation Standards, Definitions.
[3] Revenue Ruling 59-60, Section 2.02 cites to Section 20-2031-1(b) of the Estate Tax Regulations and includes text defining fair market value in language very similar to the American Society of Appraisers™ definition.
[4] A strategic or synergistic buyer is inherent in the *investment value* standard of value. If the identity of the prospective buyer is known, the investment value standard is sometimes more appropriate. In this valuation, investment value is inappropriate because the intended Users require knowing what an independent, objective, financial buyer would pay for the Subject Property.
[5] Pratt, Shannon, P., Robert F. Reilly, Robert P. Schweihs, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies,* 4th Ed., McGraw-Hill, 2000, pgs. 33-34.

©2014 Hartman Leito & Bolt, LLP          All Rights Reserved.

*Craft International, LLC Calculation of Value as of November 30, 2013*

## Scope of Assignment

Per your request, the elements we examined in our calculation of value analysis are outlined in IRS Revenue Ruling 59-60, a landmark ruling that recommends the following eight factors be examined in conducting a valuation of a closely held entity:

1. The nature of the business and the history of the enterprise from its inception;

2. The economic outlook in general and the condition and outlook of the specific industry in particular;

3. The book value of the stock and the financial condition of the business;

4. The earning capacity of the company;

5. The dividend paying capacity[6];

6. Whether or not the enterprise has goodwill or other intangible value;

7. Sales of the stock and the size of the block to be valued; and,

8. The market price of stocks of corporations engaged in the same or similar line of business having their stocks actively traded in a free and open market, either on an exchange or over the counter.

Per your request, we have agreed to perform the traditional quantitative analysis of a standard business valuation in this calculation of value analysis, specifically considering all three traditional methods of valuation (including the Asset Approach, Income Approach, and Market Approach) and allowing the appraiser to determine which is most appropriate. Where appropriate, we have incorporated qualitative factors (such as the Company-specific information, economic, and industry outlooks, etc.) we deemed relevant into our quantitative analysis.

## Sources of Information

Principal sources of information used in this valuation include:

- Management-prepared financial statements for the fiscal year ended December 31, 2009 through December 2012;

- Management-prepared financial statements for the interim periods ended November 30, 2012 and November 30, 2013;

- Company and Industry Background Information Form completed by Mr. Steven Young, the Company's Chief Executive Officer;

- Amended and Restated Company Agreement of Craft International, LLC (the "Agreement");

- Craft International, LLC 12% Convertible Preferred Note;

- Company website at www.thecraft.com;

- Industry data from:
  - IBISWorld™;
  - MicroBilt Integra™;
  - *Ibbotson® SBBI® Valuation Edition 2013 Yearbook* published by Morningstar®;

---

[6] An entity's dividend paying capacity is the amount that would be available to distribute to the owners after allowing for the cash and capital needs of the business. The dividend paying capacity of a business is expressly incorporated by considering the Income Approach to valuation.

*Craft International, LLC Calculation of Value as of November 30, 2013*

> o *Ibbotson® Cost of Capital, 2013 Yearbook* published by Morningstar®; and,

- Economic data from *Economic Outlook Update*™ published by Business Valuation Resources, LLC.

In addition to the principal sources listed above, we utilized and relied upon other information as referenced throughout this report and its exhibits, including written verbal representations made by Bo French, the Company's Chief Operating Officer and Mr. Steven Young, the Company's Chief Executive Officer (collectively, "Management").

If not included as part of this Report, all sources of information are kept in our work papers and available for review upon request by the Intended Users of this Report.

### Assumptions & Limiting Conditions

The calculation of value analysis requires we rely on certain assumptions and limiting conditions that may have a significant influence on the numerical result. This calculation of value analysis is subject to the assumptions and limiting conditions as presented below:

1. The calculation of value analysis process is not a finding of fact. It is a good faith finding of a numerical result. The number result is supported by a reasonable amount of research and analysis, but is ultimately only the result of the series of agreed upon mathematical procedures between the client and the appraiser.

2. We have relied on Management's representation without independent investigation or corroboration as though such representation fairly and accurately represent the financial condition and operating performance of the Company.

3. Neither this engagement nor this Report can be relied upon to disclose any fraud, misrepresentation, or deviations from Generally Accepted Accounting Principles, or other errors or irregularities.

4. This Report and its numerical result were made for the purpose and function as set forth herein and its use for any other purpose invalidates its numerical result.

5. The calculation of value analysis may rely upon information provided by others and/or obtained from sources that are believed in good faith to be reliable. No opinion, warranty, or guarantee of the reliability of the data relied upon is implied or expressed by the use of that data here.

6. If independent appraisals are not available, the numerical result established by this Report may rely on estimated values for some assets or liabilities within the Company. Where used, no warranty is made with respect to these estimated values. If these estimated values are incorrect, the resulting numerical result may be materially affected.

7. This Report is protected by copyright and Hartman Leito & Bolt, LLP reserves all rights of publication. This Report and the information contained in it may not be shared with anyone but the Intended Users as stated herein without the previous written consent of Hartman Leito & Bolt, LLP, first had and obtained, and in any event, with proper attribution.

8. A calculation of value analysis is not a legal or tax opinion. Its purpose is to provide a numerical result according to the agreed upon mathematical procedures, standard of value, and premise of value. The appraiser assumes no responsibility whatsoever for legal or tax matters relative to this Report's findings or numerical result.

*Craft International, LLC Calculation of Value as of November 30, 2013*

## The Company

*Brief Description*

Founded in late 2009 by a mix of Special Operations Forces Operators – including Chris Kyle, USN (SEAL), one of the top snipers in the history of American Armed Forces – and successful businessmen, the Company positioned itself as a leader in integrated training and security solutions for operations in austere environments. The Company also offered professional management, consulting, and training services to federal, state, and local customers. The Company specialized in providing turnkey mission solutions and consulting and training for the nation's Special Operators and First Responders

*Ownership*

As of the Valuation Date, the Company was owned as follows:

| Member | Membership Interest |
|---|---|
| Chris Kyle (deceased) | 85.00000% |
| Steven Young | 5.00000% |
| RWBF Partnership, LP | 5.00000% |
| (vacant) | 5.00000% |
| Total | 100.00000% |

Although managed by consensus, the Company formal Managing Member was Steven Young.

*Buy/Sell Agreements & Prior Valuations*

The Company had received no bona fide offers for purchase of any interest as of the Valuation Date and there was no defined buy/sell formula within the Agreement as of the Valuation Date.

*Litigation Issues*

The Company had threatened litigation from the widow of Chris Kyle who owned 85 percent of the Company as of the Valuation Date. Management stated this threatened litigation could materially affect the financial position or operating results of the Company going forward; however, per Management's request, we have made no valuation adjustments for, or taken any consideration of, this threatened litigation in this Report.

*Outlook*

Management indicated there would be no significant change in the Company's financial position or operating performance in the near future.

## Valuation Adjustments

The analysis of a business pursuant to the valuation of its ownership interest frequently requires adjustments to financial statements to free them from abnormal or non-recurring events and to restate them in such a way as to depict the true financial condition and operating performance. From the perspective of a prospective buyer and seller, such adjustments are aimed at restating the financial statements as they might appear in a "typical" year to serve as a baseline from which to project the future of the business.

In this valuation, we found no significant valuation adjustments to the financial statements were necessary for a normalizing nature and required to better depict the "normal" performance of the Company, freed from the effect of unusual or abnormal events. Moreover, per our Assumptions & Limited Conditions as stated herein, we accepted Management's confirmation that the financial statements contain no extraordinary assets or liabilities, or non-business related revenue or expenses.

©2014 Hartman Leito & Bolt, LLP          All Rights Reserved.

*Craft International, LLC Calculation of Value as of November 30, 2013*

We made one modification to reclassify the Company's interest-bearing debt from Other Current Liabilities to Long-Term Liabilities.[7] This interest-bearing debt included all debt that had an interest expense associated to it, including credit cards, amounts due to investors, and amounts due to other entities. As discussed later in this Report, isolating all interest-bearing debt is vital to determining the value of the Subject Property. The Company's financial statements are illustrated in **Exhibit 1**.

## Valuation Approaches Considered, Rejected, & Selected

In general, the calculation of value analysis of this Subject Property lends itself best to the traditional Income Approach analysis as set forth in Revenue Ruling 59-60. However, we considered all three traditional approaches for valuing the Subject Property including the Asset Approach and Market Approach. Each of these approaches and the various valuation methods within each are briefly described below along with our reason for either utilizing or rejecting the approach itself or its specific method(s).

### Asset Approach (Rejected)

The Asset Approach relies on the notion that the value of a business can be determined by adding-up the market value (not the book value) of its assets and subtracting the market value of its liabilities, with the remainder being the market value of its equity. Although possible, this method does not easily capture a profitable operating business' intangible assets and often yields an indication of *minimum* value for the net assets (or equity) of the business. This approach is generally most appropriate for businesses with substantial tangible assets such as real estate holding companies and other businesses that primarily rely upon *tangible* assets to generate income. A key assumption in the Asset Approach is that the prospective buyer would have a controlling interest, and therefore have a personal claim on the assets of the business and hypothetically be able to reach both the tangible and intangible values locked in the assets by causing the liquidation of the business.

As the Company was an operating business that relied on intangible assets to generate income (such as reputation, brand name, customer service, etc.), did not have any material tangible assets, and was not a holding company, we determined that a prospective buyer and seller would not utilize the Asset Approach to value the Subject Property. Thus, the Asset Approach was rejected for use in this calculation of value analysis.

### Income Approach (Selected)

As with any reputable traditional valuation analysis, some measure of economic benefits paid from a business' portfolio of assets should be considered under an income-based method of valuation. The Income Approach accomplishes this goal as it is based on the fundamental valuation principle that the value of a business is equal to the present worth of the expected future net cash flows. Within the Income approach, there are two widely accepted methods: the Discounted Cash Flow Method and the Single-Period Capitalization Method. The Discounted Future Cash Flow Method is utilized to forecast *variable* future cash flows, while the Single-Period Capitalization Method determines value based on a future income stream that will remain relatively constant and predictable. Both methods determine the expected future net cash flows from an investment and then discounts those expected future cash flows to present value at an appropriate rate of return, or "discount rate," that reflects the degree of uncertainty associated with realizing the expected future net cash flows compared to future cash flows available from common alternative investments.

---

[7] Although classified on the reported financial statements as short-term debt, we accepted Management's representation that all interest-bearing debt would be required to be paid back upon a sale of the Company.

©2014 Hartman Leito & Bolt, LLP          *All Rights Reserved.*

*Craft International, LLC Calculation of Value as of November 30, 2013*

Like many business valuation authorities, we consider discounting expected future net cash flows as the "very heart of valuation,"[8] and because the Company was an operating business, we determined the Income Approach was an approach that a prospective buyer and seller would utilize to value the Subject Property.

## Market Approach (Selected)

The Market Approach is a general way of determining a business' value by using one or more methods that compare a given business to similar businesses that have already been sold. There are two widely accepted valuation methods within the Market Approach: the Guideline Public Company Method and the Private Transaction Method. Both methods value a business by comparing it to the prices that other similar businesses (whether publicly traded or closely held) have changed hands in arm's-length transactions.

The Market Approach is far from exact. Among other things, an appraiser must (a) ensure there is sufficient similarity of both qualitative and quantitative business characteristics of the comparable businesses to the business being valued, (b) assess the amount and verifiability of transaction data about the comparable businesses, and (c) determine whether the prices of the comparable businesses were obtained in arm's-length transactions or forced/distressed sales. Nonetheless, because we understand that there is often no better proxy for the market than the market itself, we determined a prospective buyer and seller would at least consider the Market Approach to value the Subject Property.

## Income Approach to Valuation

The Income Approach looks not to the net assets of a business or to other similar businesses, but instead to Company-specific cash flows that could be paid to the prospective buyer – in effect equating the value of an ownership interest to the amount a prospective buyer would be willing to pay today for the right to receive money in the future in the form of periodic cash payments. This approach requires the selection of an appropriate cash flow stream and the development of a discount rate appropriate to the level of cash flows projected, and which is indicative of the Company's risk as an investment.

### Single-Period Capitalization Method

The Single-Period Capitalization Method determines value based on a future income stream that will remain relatively constant and predictable. As the Company's cash flows were not expected to remain stable, this method was rejected for use in this calculation of value analysis.

### Discounted Cash Flow Method

Under the Income Approach, we selected the Discounted Cash Flow Method because the Company's earnings were not expected to be stable and constant going forward and there was sufficient and discernible data from historical operations from which to make a reasonable forecast.

### Determining the Cash Flow Stream

The goal in selecting a proper cash flow stream is to select one from which a reasonable estimate of future cash flows can be made and that closely resembles the industry's typical capital structure. In this case, we selected net cash flow available to the debt *and* equity owners of the business or "net cash flow to invested capital" because both the Company and industry peer groups utilized long-term debt to finance their operations. "Invested capital" is the value of a business *before* subtracting all debt not assumed by the prospective buyer. This represents the earnings of the entire business available to all debt and equity holders. Invested capital is akin to the appraised value of a house, or the sales price the homebuyer paid the home seller. In contrast, "equity capital" is the value of a business after subtracting all debt not assumed by the

---

[8] Pratt, Shannon, P., Robert F. Reilly, Robert P. Schweihs, *Valuing a Business: The Analysis and Appraisal of Privately held Companies*, 4th Ed., McGraw-Hill, 2000, pg. 152.

*Craft International, LLC Calculation of Value as of November 30, 2013*

prospective buyer. This is similar to the amount the home seller has left after paying off the mortgage.

To determine a numerical result for the Subject Property, we had to reach an indicated value for the Company's equity. It is a simple procedure to subtract the Company's interest-bearing debt (including all short term and long-term debt) from the invested capital value to reach the equity capital value.

### Projection of Net Cash Flows to Invested Capital

As explained above, this method requires that we estimate the annual net cash flows that will be available to *all debt and equity holders*, for each year into the near future. Any forecast of this type must be predicated on certain assumptions, and this one was no exception. The key assumptions used in projecting the future cash flows are outlined below:

### Revenue

As Management did not have any projections, we utilized the latest twelve months ("LTM") of revenue as a "base year" and applied the industry average projected annual revenue growth for the first four years of our projected revenue. For projected Year 5 (2018), we reduced annual revenue growth to equal the projected long-term growth rate of 3.0 percent used in the Terminal Year. This prevented any large, abnormal swings in capital expenditures or net working capital from being capitalized over the long-term in the Terminal Year calculation. These assumptions resulted in a compound annual growth rate ("CAGR") for revenue of 4.9 percent over the projection.

### Costs of Goods Sold & Operating Expenses

All operating margins (including Costs of Goods Sold and Operating Expenses) were expected to remain consistent with most recent operating history. This resulted in an EBITDA margin of 7.9 percent over the projection – a figure much lower than the industry median of 18.6 percent.

### Depreciation & Amortization

Depreciation & amortization was estimated using the straight-line method. Land Improvements were depreciated assuming a 39-year useful life using the straight-line method. We depreciated Furniture and Equipment using the straight-line method over an estimated 5-year useful life. We assumed small annual capital expenditure expense of $2,500 per year and grew it at the same rate as revenue growth over the projection period. These capital expenditures were depreciated assuming an average 5-year useful life using the straight-line method. The projected depreciation and amortization for the Terminal Year of the projection period matches the projected capital expenditures for the Terminal Year. This is because when capitalizing cash flows into perpetuity, the difference between depreciation & amortization and capital expenditures is expected to be minimal.

### Net Cash Flow Adjustments

Based on the Company's historical typical financial position (i.e., its balance sheet), we projected capital expenditures and net working capital requirements. Specifically, we created projected balance sheets based on the Company's historical asset and liability turnover ratios that incorporated the projected revenue and costs of goods sold.[9] We made sure that both projected capital expenditures and projected net working capital requirements were amounts necessary to support projected revenue growth and were commensurate with historical operating results. Lastly, we made sure that our projected balance sheets were consistent with the Company's historical use of leverage (financing).

We did not tax affect the Company earnings until the Terminal Year due to anticipated net operating loss carry-forwards in the short term.

---

[9] Asset turnover ratios (excluding inventory) were based on revenue. Liability (and inventory) turnover ratios were based on costs of goods sold.

*Determining the Cost of Equity*
The cost of equity capital, or "discount rate," is relied on to assess the risk inherent to owning and operating the Company and achieving the projected net cash flows to equity capital. The discount rate was estimated utilizing the "build-up" method and yielded an after-tax equity discount rate of 32.5 percent, approximately 3x higher than the median cost of equity reported by Morningstar® for large publicly-traded firms - an increase we deemed reasonable for the Company due to our assessment of the Company's lack of management depth, recent loss of key-man, and difficulty in predicting future earnings. In addition, based on its history of investor contributions, we assessed the Company to be in the "second stage" of its life cycle and we confirmed our total cost of equity by considering Jeffrey's Timmons' research on required rates of return (a proxy for cost of equity) for venture capital investment in similarly-staged firms. We noted that a 30 to 40 percent rate of return was the midpoint for required rates of return for venture capital investments in similarly staged firms.

*Determining the Weighted Average Cost of Capital*
The appropriate rate of return in valuing the total invested capital (that includes both a business' debt and equity) is the weighted average cost of capital ("WACC"). The WACC is the weighted average of both the required return on equity capital and the required return on debt capital. The weights are determined by the projected long-term financial position (that is, the average amount of debt capital to equity capital) and should be based on common market-based capital structures.

Per Morningstar's 2013 Cost of Capital Yearbook, the public market's 5-year average market capitalization ratio (or mix of equity and debt financing) for the industry defined by SIC code 874 "Business Consulting Services" as of March 31, 2013 was .20, or 84 percent equity and 16 percent debt. We used the 5-year average market capitalization ratio to account for the more volatile recent periods. Utilizing this capital structure mix yielded a WACC of 27.75 percent (rounded). We consulted Morningstar's® published WACCs, and noticed our WACC was also approximately 3x higher than industry median of 9.2 percent for large, publicly traded firms. Thus, we determined our WACC was also reasonable.

The Discounted Cash Flow Method requires the WACC be converted into an after-tax capitalization rate that can be applied in a single-period discounting calculation needed to compute the terminal value for the Company's operating assets at the end of the projection period. To do so, the long-term, sustainable future cash flow growth rate is subtracted from the WACC to produce the capitalization rate. We determined this long-term growth rate of 3.0 percent by considering the historical long-term gross domestic product and inflation rates as well as the current projected long-term gross domestic product and inflation rates. Thus, the capitalization rate was 24.75 percent (27.75 percent – 3.0 percent).

*Discounted Cash Flow Method Calculation*
The final step in the application of the Discounted Cash Flow Method is the conversion of the expected net cash flows to invested capital from future amounts to a single present value – equating the amount that if placed on deposit today at an interest rate equal to the WACC could sustain the expected future cash flows as periodic withdrawals until the end of the projection – and then subtracting all interest-bearing debt to reach equity value. Before considering any valuation discounts, the indicated market value of invested capital was $125,916. After subtracting all interest-bearing debt of $1,985,214, the equity capital was $0. The detailed calculations for the Income Approach are illustrated in Exhibit 2.

*Reasonableness Check*
As a reasonableness check, we assessed the resulting MVIC-to-EBITDA valuation multiple. Based on the invested capital value of $125,916 and the LTM EBITDA of $62,484, the resulting EBITDA valuation multiple was 2x. Based on the factors cited for increasing the cost of equity (lack of management depth, recent loss of key-man, and difficulty in predicting future earnings, etc.) and our experienced in valuing similar firms in the industry, we determined this valuation multiple was

reasonable. In any case, we noticed that to overcome the Company's substantial debt, the Company would need to report an EBITDA multiple of nearly 32x. Lastly, as a measure of comprehensiveness, holding all else the same, we applied the industry average EBIDTA margin of 18.6 percent to the Company's projected net cash flows. This resulted in an invested capital value of $457,800 – a figure still far too low to overcome the Company's substantial debt.

Lastly, as a measure of comprehensiveness, we performed this same valuation method *without reclassifying* the interest-bearing debt reported in Other Current Liabilities; thereby leaving the affect of the reported short-term debt on the Company's net working capital. Doing so resulted in a similar value for invested capital and the same value of $0 for the Company's equity capital.

## Market Approach to Valuation

We performed several variations of searches for both public and private transactions, not all of which are discussed in this Report. From these datasets, we considered multiple debt-free (or "MVIC" [10]) market multiples [11], but ultimately calculated the median of only two valuation multiples: Revenue and Earnings before Interest, Taxes, Depreciation, and Amortization ("EBITDA"). We then applied the Revenue and EBITDA multiple to the Company's LTM fundamentals. In all our variations of datasets, we excluded transactions we deemed to be statistical outliers.

### Guideline Public Company Method

Among the variations we searched, we found 28 public transactions; however, because these public companies varied drastically in terms of size, profitability, and diversity of products and services compared to the Company, this method was rejected for use in this calculation of value analysis.

### Private Transaction Method

Among the variations we searched, we found 580 transactions within the two relevant industries defined as "Business Services, Not Elsewhere Classified" (SIC code 7389) and "Other Scientific & Technical Consulting Services" (SIC code 8748) and noted a median Revenue and EBITDA multiple of .72 and 6.0, respectively. Determining SIC code 8748 was the best representation of the Company's industry, we further analyzed that data exclusively and, after excluding transactions that reported a negative EBITDA, we noted a median Revenue and EBITDA multiple of .83 and 9.3, respectively. Further fine-tuning that data to reflect the Company's own Revenue range (consisting of eight comparable transactions with revenues under $1,000,000), we noted a median Revenue and EBITDA multiple of .76 and 4.68, respectively. We determined this final dataset of seven comparable transactions was most appropriate to apply to the Company's fundamentals.

### Market Approach Calculation

After applying the each multiple to the Company's latest LTM fundamentals, the final step is weighting the indicated results. Because we adhere to the argument that the "bottom-line" measures (such as earnings) as opposed to "top line" measures (such as sales) are a better indicator of any company's value, we weighted the revenue multiple at 25 percent and the EBITDA multiple at 75 percent. Before considering any valuation discounts, the indicated market value of Invested capital was $369,016. After subtracting all interest-bearing debt of $1,985,214, the equity capital was $0. The detailed calculations for the Market Approach are illustrated in Exhibit 3.

---

[10] Market Value of Invested Capital or "MVIC" is often referred to as "enterprise value" or simply the *sales price*. Invested capital is value to the entire firm including debt and equity holders. To reach equity capital, one only needs to subtract all interest-bearing debt from the MVIC.

[11] Debt-free multiples are most useful when comparing businesses that may have substantially different levels of financial leverage. Doing such reduces distortions in ratios that might be present due to various degrees of debt in the comparable business' capital structures.

*Craft International, LLC Calculation of Value as of November 30, 2013*

**Reconciliation of Indicated Values**
Because the Market Approach returned an indicated value of zero dollars for the equity capital of the Company, no weighting was required.

**Valuation Discounts**
Because the Market Approach returned an indicated value of zero dollars for the equity capital of the Company, no discounting was required.

**Estimated Numerical Result for the Subject Property**
In the opinion of the undersigned appraiser, using agreed upon and accepted approaches and methods of a traditional valuation analysis, and subject to the restrictions and assumptions and limiting conditions as stated herein, the fair market value of the Subject Property as of the Valuation Date was estimated to be:

ZERO DOLLARS

**$0.00**

**Qualifications of Appraiser**
Hill Johnson is an Accredited Senior Appraiser ("ASA") in the Business Valuation discipline by the American Society of Appraisers™. Mr. Johnson's qualifications are presented in Exhibit 4.

If you have any questions or concerns, please do not hesitate to contact us at (214) 689-5600.

Sincerely,

Hill Johnson, ASA

## EXHIBIT 1

**Financial Statements**

| BALANCE SHEETS | Period Ended 11/30/13 | Year Ended 12/31/12 | Year Ended 12/31/11 | Year Ended 12/31/10 | Year Ended 12/31/09 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash & Cash Equivalents | | | | | |
| Checking | $ 15,167 | $ 48,911 | $ 44,564 | $ 9,972 | $ 819 |
| JPM | $ 5,387 | $ 5,387 | $ 104,387 | $ 100,474 | $ 335,000 |
| Merchant | $ 32,169 | $ - | $ - | $ - | $ - |
| PayPal | $ 46 | $ 3,471 | $ 1,685 | $ 8,188 | $ - |
| Total Cash & Cash Equivalents | $ 52,770 | $ 57,769 | $ 150,637 | $ 118,034 | $ 335,819 |
| Accounts Receivable | $ 28,858 | $ 28,858 | $ - | $ - | $ - |
| Total Accounts Receivable, Net | $ 28,858 | $ 28,858 | $ - | $ - | $ - |
| Inventory | $ 389,141 | $ 389,141 | $ 135,974 | | |
| Class 3 | $ - | $ 4,425 | $ 4,425 | $ - | $ - |
| Coms | $ 235 | $ 235 | $ 235 | $ - | $ - |
| Firearms | $ - | $ 6,413 | $ - | $ - | $ - |
| Knives | $ - | $ - | $ 12,230 | $ 12,230 | $ - |
| Rifles (CRAFT) | $ 13,831 | $ 13,831 | $ 13,831 | $ - | $ - |
| Scopes | $ 20,284 | $ 20,284 | $ 54,284 | $ 2,050 | $ - |
| Suppressors | $ - | $ 2,874 | $ 2,674 | $ - | $ - |
| Target Systems | $ 39,843 | $ 39,843 | $ 39,843 | $ - | $ - |
| Trade Show Booth | $ 5,665 | $ 5,665 | $ 5,665 | $ - | $ - |
| Training Weapons | $ - | $ - | $ 60,000 | $ 6,046 | $ - |
| Total Inventory | $ 468,998 | $ 481,510 | $ 329,161 | $ 20,326 | $ - |
| Other Current Assets | | | | | |
| Loan to Steven Young | $ 500 | $ 500 | $ - | $ - | $ - |
| Loan to CI Risk Management | $ 32,250 | $ 34,000 | $ 30,000 | $ - | $ - |
| Prepaid Rent | $ 9,468 | $ 9,468 | $ 9,468 | $ 9,468 | $ - |
| Prepaid Supplies | $ 20,865 | $ 20,865 | $ 20,865 | $ 20,865 | $ - |
| Receivable from Members | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ - |
| Undeposited Funds | $ 1,450 | $ - | $ 11,909 | $ - | $ - |
| Total Other Current Assets | $ 65,533 | $ 65,833 | $ 73,242 | $ 31,333 | $ - |
| Total Current Assets | $ 616,159 | $ 633,970 | $ 553,039 | $ 169,693 | $ 335,819 |
| **Fixed Assets** | | | | | |
| Land Improvement | $ 39,298 | $ 39,298 | $ 33,798 | $ 21,738 | $ - |
| Furniture and Equipment | $ 21,465 | $ 20,480 | $ 20,480 | $ 18,554 | $ - |
| Improvement AZ | $ - | $ - | $ - | $ 235 | $ - |
| Mats | $ - | $ - | $ - | $ - | $ - |
| Rifles (CRAFT) | $ - | $ - | $ - | $ 63,165 | $ - |
| Scopes | $ - | $ - | $ - | $ 47,454 | $ - |
| Target Systems | $ - | $ - | $ - | $ 39,843 | $ - |
| Truck | $ 23,565 | $ 39,565 | $ 39,565 | $ 39,565 | $ - |
| Total Fixed Assets, Cost | $ 84,327 | $ 99,342 | $ 93,842 | $ 230,553 | $ - |
| Less, Accumulated Depreciation | $ (43,681) | $ (43,681) | $ (26,915) | $ (3,042) | $ - |
| Total Fixed Assets, Net | $ 40,646 | $ 55,661 | $ 66,927 | $ 227,511 | $ - |
| **Intangible Assets** | | | | | |
| Start-Up Costs | $ 1,191,303 | $ 1,191,303 | $ 1,191,303 | $ 457,237 | $ - |
| Less, Accumulated Depreciation | $ (84,501) | $ (84,501) | $ (5,080) | $ (5,080) | $ - |
| Total Intangible Assets, Net | $ 1,106,802 | $ 1,106,802 | $ 1,186,222 | $ 452,157 | $ - |
| Total Other Assets (Non-Current) | $ - | $ - | $ - | $ - | $ - |
| **TOTAL ASSETS** | $ 1,763,607 | $ 1,796,433 | $ 1,806,188 | $ 849,360 | $ 335,819 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | $ 8,020 | $ 8,020 | $ 10,571 | $ - | $ - |
| Total Accounts Payable | $ 8,020 | $ 8,020 | $ 10,571 | $ - | $ - |
| Other Current Liabilities | | | | | |
| Payroll Liabilities | $ (168) | $ (164) | $ 42 | $ - | $ - |
| Sales Tax Agency Payable | $ 764 | $ - | $ - | $ - | $ - |
| Sales Tax Payable | $ 626 | $ 622 | $ - | $ 1,007 | $ - |
| Total Other Current Liabilities | $ 1,222 | $ 459 | $ 42 | $ 1,007 | $ - |
| Total Current Liabilities | $ 9,242 | $ 8,479 | $ 10,613 | $ 1,007 | $ - |
| **Long-Term Liabilities** | | | | | |
| American Express CC | $ 80,075 | $ 20,432 | $ - | $ - | $ - |
| Due to Investors | $ 1,882,139 | $ 1,882,139 | $ 1,882,139 | $ 850,000 | $ 335,000 |
| Loan from Kyle Bass | $ - | $ - | $ - | $ - | $ 20,000 |
| Loan from Executive Armament | $ 5,000 | $ - | $ - | $ - | $ - |
| Loan from RWBF Partnership, LP | $ 38,000 | $ 38,000 | $ 38,000 | $ - | $ - |
| Total Long-Term Liabilities | $ 1,985,214 | $ 1,940,571 | $ 1,920,139 | $ 850,000 | $ 355,000 |
| Total Other Liabilities (Non-Current) | $ - | $ - | $ - | $ - | $ - |
| **TOTAL LIABILITIES** | $ 1,994,456 | $ 1,949,050 | $ 1,930,752 | $ 851,007 | $ 355,000 |
| **Equity** | | | | | |
| Member Capital-Bo French | $ 50 | $ 50 | $ 50 | $ - | $ - |
| Member Capital-Chris Kyle | $ 850 | $ 850 | $ 850 | $ 406 | $ - |
| Member Capital-Mark Spicer | $ (16,450) | $ 50 | $ 50 | $ 324 | $ - |
| Member Capital-Steven Young | $ 50 | $ 50 | $ 50 | $ 243 | $ - |
| Member Capital-Wes Swank | $ - | $ - | $ - | $ 27 | $ - |
| Retained Earnings | $ (153,617) | $ (8,080) | $ (4,932) | $ - | $ - |
| Net Income | $ (61,732) | $ (145,536) | $ (120,632) | $ (2,646) | $ (19,181) |
| Total Equity | $ (230,848) | $ (152,617) | $ (124,564) | $ (1,646) | $ (19,181) |
| **TOTAL LIABILITIES & EQUITY** | $ 1,763,607 | $ 1,796,433 | $ 1,806,188 | $ 849,360 | $ 335,819 |

EXHIBIT 1                    Financial Statements                    Page 1 of 4

| COMMON-SIZE BALANCE SHEETS | Period Ended 11/30/13 | Year Ended 12/31/12 | Year Ended 12/31/11 | Year Ended 12/31/10 | Year Ended 12/31/09 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash & Cash Equivalents | | | | | |
| Checking | 0.9% | 2.7% | 2.5% | 1.1% | 0.2% |
| JPM | 0.3% | 0.3% | 5.8% | 11.8% | 99.8% |
| Merchant | 1.8% | 0.0% | 0.0% | 0.0% | 0.0% |
| PayPal | 0.0% | 0.2% | 0.1% | 1.0% | 0.0% |
| Total Cash & Cash Equivalents | 3.0% | 3.2% | 8.3% | 13.9% | 100.0% |
| Accounts Receivable | 1.6% | 1.6% | 0.0% | 0.0% | 0.0% |
| Total Accounts Receivable, Net | 1.6% | 1.6% | 0.0% | 0.0% | 0.0% |
| Inventory | 22.1% | 21.7% | 7.5% | | |
| Class 3 | 0.0% | 0.2% | 0.2% | 0.0% | 0.0% |
| Coins | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Firearms | 0.0% | 0.3% | 0.0% | 0.0% | 0.0% |
| Knives | 0.0% | 0.0% | 0.7% | 1.4% | 0.0% |
| Rifles (CRAFT) | 0.6% | 0.6% | 0.6% | 0.0% | 0.0% |
| Scopes | 1.2% | 1.1% | 3.0% | 0.2% | 0.0% |
| Suppressors | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% |
| Target Systems | 2.3% | 2.2% | 2.2% | 0.0% | 0.0% |
| Trade Show Booth | 0.3% | 0.3% | 0.3% | 0.0% | 0.0% |
| Training Weapons | 0.0% | 0.0% | 3.3% | 0.7% | 0.0% |
| Total Inventory | 26.6% | 26.6% | 18.2% | 2.4% | 0.0% |
| **Other Current Assets** | | | | | |
| Loan to Steven Young | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Loan to CI Risk Management | 1.8% | 1.9% | 1.7% | 0.0% | 0.0% |
| Prepaid Rent | 0.6% | 0.5% | 0.5% | 1.1% | 0.0% |
| Prepaid Supplies | 1.2% | 1.2% | 1.2% | 2.5% | 0.0% |
| Receivable from Members | 0.1% | 0.1% | 0.1% | 0.1% | 0.0% |
| Undeposited Funds | 0.1% | 0.0% | 0.7% | 0.0% | 0.0% |
| Total Other Current Assets | 3.7% | 3.7% | 4.1% | 3.7% | 0.0% |
| **Total Current Assets** | 34.9% | 35.3% | 30.6% | 20.0% | 100.0% |
| **Fixed Assets** | | | | | |
| Land Improvement | 2.2% | 2.2% | 1.9% | 2.6% | 0.0% |
| Furniture and Equipment | 1.2% | 1.1% | 1.1% | 2.2% | 0.0% |
| Improvement AZ | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Mats | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Rifles (CRAFT) | 0.0% | 0.0% | 0.0% | 7.4% | 0.0% |
| Scopes | 0.0% | 0.0% | 0.0% | 5.6% | 0.0% |
| Target Systems | 0.0% | 0.0% | 0.0% | 4.7% | 0.0% |
| Truck | 1.3% | 2.2% | 2.2% | 4.7% | 0.0% |
| Total Fixed Assets, Cost | 4.8% | 5.5% | 5.2% | 27.1% | 0.0% |
| Less, Accumulated Depreciation | -2.5% | -2.4% | -1.5% | -0.4% | 0.0% |
| Total Fixed Assets, Net | 2.3% | 3.1% | 3.7% | 26.8% | 0.0% |
| **Intangible Assets** | | | | | |
| Start-Up Costs | 67.6% | 66.3% | 66.0% | 53.8% | 0.0% |
| Less, Accumulated Depreciation | -4.8% | -4.7% | -0.3% | -0.6% | 0.0% |
| Total Intangible Assets, Net | 62.8% | 61.6% | 65.7% | 53.2% | 0.0% |
| Total Other Assets (Non-Current) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **TOTAL ASSETS** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | 0.5% | 0.4% | 0.6% | 0.0% | 0.0% |
| Total Accounts Payable | 0.5% | 0.4% | 0.6% | 0.0% | 0.0% |
| Other Current Liabilities | | | | | |
| Payroll Liabilities | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Sales Tax Agency Payable | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Sales Tax Payable | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% |
| Total Other Current Liabilities | 0.1% | 0.0% | 0.0% | 0.1% | 0.0% |
| Total Current Liabilities | 0.5% | 0.5% | 0.6% | 0.1% | 0.0% |
| **Long-Term Liabilities** | | | | | |
| American Express CC | 3.4% | 1.1% | 0.0% | 0.0% | 0.0% |
| Due to Investors | 106.7% | 104.8% | 104.2% | 100.1% | 99.8% |
| Loan from Kyle Bass | 0.0% | 0.0% | 0.0% | 0.9% | 6.0% |
| Loan from Executive Armament | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% |
| Loan from RWBF Partnership, LP | 2.2% | 2.1% | 2.1% | 0.0% | 0.0% |
| Total Long-Term Liabilities | 112.6% | 108.0% | 106.3% | 100.1% | 105.7% |
| Total Other Liabilities (Non-Current) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **TOTAL LIABILITIES** | 113.1% | 108.5% | 106.9% | 100.2% | 105.7% |
| **Equity** | | | | | |
| Member Capital-Bo French | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Member Capital-Chris Kyle | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Member Capital-Mark Spicer | -0.9% | 0.0% | 0.0% | 0.0% | 0.0% |
| Member Capital-Steven Young | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Member Capital-Wes Swank | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Retained Earnings | -8.7% | -0.4% | -0.3% | 0.0% | 0.0% |
| Net Income | -3.5% | -8.1% | -6.7% | -0.3% | -5.7% |
| Total Equity | -13.1% | -8.5% | -6.9% | -0.2% | -5.7% |
| **TOTAL LIABILITIES & EQUITY** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

| INCOME STATEMENTS | LTM Ended 11/30/13 | Year Ended 12/31/12 | Year Ended 12/31/11 | Year Ended 12/31/10 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Sales | $ 6,959 | $ 1,097 | $ - | $ - |
| Ammunition | $ 5,218 | $ 1,213 | $ - | $ - |
| Apparel | $ 436,150 | $ 7,737 | $ 2,844 | $ 1,528 |
| Craft AR | $ 1 | $ 84,946 | $ 66,414 | $ 0,348 |
| Books | $ - | $ 7,589 | $ - | $ - |
| Shelter | $ - | $ 68,594 | $ - | $ - |
| Optics | $ (1,617) | $ 5,420 | $ 1,520 | $ 1,930 |
| Rifle | $ 4,536 | $ 18,886 | $ - | $ - |
| Training Income | $ 316,483 | $ 388,142 | $ 48,950 | $ 51,713 |
| Civilian Training | $ 4,500 | $ - | $ - | $ - |
| Consulting | $ 18,000 | $ - | $ - | $ - |
| Unapplied Cash Payment Income | $ 750 | $ - | $ - | $ - |
| Personal Security Detail | $ - | $ 30,417 | $ 76,440 | $ - |
| Speaker | $ - | $ 20,000 | $ - | $ - |
| Commissions | $ - | $ 718 | $ - | $ - |
| Total Revenue | $ 792,989 | $ 555,270 | $ 196,169 | $ 65,918 |
| **Cost of Goods Sold** | | | | |
| | | | $ 60,265 | $ 19,414 |
| Apparel | $ 150,618 | $ - | $ - | $ 7,042 |
| Books | $ (6,158) | $ - | $ - | $ - |
| Craft AR | $ (89,084) | $ - | $ 31,007 | $ (52,354) |
| Optics | $ - | $ - | $ - | $ 25,938 |
| Total Cost of Goods Sold | $ 55,366 | $ - | $ 91,272 | $ - |
| Gross Profit/(Loss) | $ 737,623 | $ 555,270 | $ 94,897 | $ 65,918 |
| **Operating Expenses** | | | | |
| Advertising and Promotion | $ 23,289 | $ 4,748 | $ - | $ - |
| Automobile Expense | $ 955 | $ 890 | $ 733 | $ 94 |
| Bank Service Charges | $ 18,867 | $ 5,192 | $ - | $ 1,118 |
| Computer and Internet Expenses | $ 10,495 | $ 5,467 | $ 366 | $ 663 |
| Contract Labor | $ 270,941 | $ 186,468 | $ 10,883 | $ - |
| Dues and Subscriptions | $ 775 | $ 825 | $ - | $ - |
| Health Insurance | $ 49,251 | $ 41,664 | $ 38,582 | $ 8,201 |
| Insurance Expense | $ 18,007 | $ 13,768 | $ - | $ 1,350 |
| Janitorial Services | $ 1,349 | $ - | $ - | $ - |
| Marketing | $ 18,615 | $ 16,079 | $ - | $ (3,505) |
| Meals and Entertainment | $ 5,712 | $ 900 | $ - | $ - |
| Moving Expenses | $ 21,550 | $ - | $ - | $ - |
| Office Supplies | $ (2,698) | $ 3,761 | $ 3,513 | $ 4,080 |
| Parking | $ 2,219 | $ 4,862 | $ 4,711 | $ 1,576 |
| Payroll | $ - | $ - | $ (297,937) | $ - |
| Payroll Expenses | $ - | $ 14,955 | $ 12,714 | $ - |
| Payroll Taxes | $ 349 | $ 220 | $ 9,432 | $ - |
| Payroll Wages | $ - | $ 182,500 | $ 275,792 | $ - |
| Payroll Fees | $ - | $ - | $ 1,544 | $ 1,630 |
| Contributions | $ - | $ - | $ - | $ 13,300 |
| Postage and Delivery | $ 2,998 | $ 9,013 | $ - | $ - |
| Professional Fees | $ 13,200 | $ 8,932 | $ 1,731 | $ 1,560 |
| Accounting | $ 3,264 | $ 5,863 | $ (166,381) | $ - |
| Consulting Fee | $ 12,693 | $ 11,425 | $ 4,336 | $ 700 |
| Rob Dunbar | $ 15,180 | $ 10,000 | $ 32,158 | $ (56,000) |
| IGCS | $ - | $ 50,000 | $ 69,393 | $ 50,000 |
| Jarel Consulting | $ - | $ 8,264 | $ 65,000 | $ 5,000 |
| Legal | $ 4,871 | $ 3,691 | $ 17,125 | $ - |
| Repairs & Maintenance | $ 840 | $ 840 | $ 9,528 | $ - |
| Property Lease | $ 712 | $ 11,000 | $ 24,012 | $ 22,000 |
| Rent Expense | $ 33,636 | $ 30 | $ 260 | $ 3,000 |
| Rentals | $ 9,091 | $ 7,989 | $ 9,047 | $ 7,009 |
| Supplies | $ (2,191) | $ - | $ 6,084 | $ (10,117) |
| Ammunition | $ 57,024 | $ - | $ 20,807 | $ 6,866 |
| Body Armor | $ (5,351) | $ - | $ - | $ - |
| Gun Parts or Tools | $ (7,081) | $ - | $ 16,783 | $ 1,640 |
| Targets | $ 1,885 | $ - | $ - | $ 2,540 |
| Vault | $ 2,678 | $ - | $ - | $ - |
| Telephone Expense | $ 5,126 | $ 15,213 | $ 4,266 | $ 2,899 |
| Training | $ 9,732 | $ 6,080 | $ - | $ - |
| Travel Expense | $ 92,042 | $ 76,753 | $ 16,589 | $ 673 |
| Utilities | $ 4,215 | $ - | $ - | $ - |
| Licensing Fee | $ - | $ 4,250 | $ - | $ - |
| Taxes | $ - | $ 998 | $ - | $ - |
| Show Fees | $ - | $ 350 | $ - | $ - |
| Total Operating Expenses | $ 675,139 | $ 704,653 | $ 191,548 | $ 67,115 |
| EBITDA | $ 62,484 | $ (49,383) | $ (96,651) | $ (1,199) |
| Depreciation | $ 16,766 | $ 16,766 | $ 23,879 | $ 3,042 |
| Amortization | $ 79,420 | $ 79,420 | $ - | $ 5,080 |
| Total Depreciation & Amortization | $ 96,186 | $ 96,186 | $ 23,873 | $ 8,123 |
| Operating Income ("EBIT") | $ (33,702) | $ (145,569) | $ (120,524) | $ (9,322) |
| Total Interest Expense | $ 2,438 | $ 352 | $ - | $ 235 |
| **Other Income/(Expense)** | | | | |
| Other Income | $ 6,275 | $ 2,500 | $ - | $ 6,911 |
| Tax Penalty | $ - | $ (2,106) | $ (109) | $ - |
| Total Other Income/(Expense) | $ 6,275 | $ 394 | $ (109) | $ 6,911 |
| Pre-Tax Income | $ (29,865) | $ (145,536) | $ (120,632) | $ (2,646) |
| Less, Income Taxes | $ - | $ - | $ - | $ - |
| Net Income/(Loss) | $ (29,865) | $ (145,536) | $ (120,632) | $ (2,646) |

| COMMON-SIZE INCOME STATEMENTS | LTM Ended 11/30/13 | Year Ended 12/31/12 | Year Ended 12/31/11 | Year Ended 12/31/10 |
|---|---|---|---|---|
| Revenue | | | | |
| Sales | 0.9% | 0.2% | 0.0% | 0.0% |
| Ammunition | 0.7% | 0.2% | 0.0% | 0.0% |
| Apparel | 55.0% | 1.2% | 1.5% | 2.3% |
| Craft AR | 0.0% | 13.0% | 30.3% | 14.2% |
| Books | 0.0% | 1.2% | 0.0% | 0.0% |
| Shalten | 0.0% | 13.8% | 0.0% | 0.0% |
| Optics | -0.2% | 0.8% | 0.8% | 2.0% |
| Rifle | 0.0% | 2.9% | 0.0% | 0.0% |
| Training Income | 40.2% | 59.2% | 26.3% | 81.5% |
| Civilian Training | 0.6% | 0.0% | 0.0% | 0.0% |
| Consulting | 2.3% | 0.0% | 0.0% | 0.0% |
| Unapplied Cash Payment Income | 0.1% | 0.0% | 0.0% | 0.0% |
| Personal Security Detail | 0.0% | 4.6% | 41.1% | 0.0% |
| Speaker | 0.0% | 3.1% | 0.0% | 0.0% |
| Commissions | 0.0% | 0.1% | 0.0% | 0.0% |
| Total Revenue | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of Goods Sold | | 32.4% | 29.5% | |
| Apparel | 19.0% | 0.0% | 0.0% | 10.7% |
| Books | -0.8% | 0.0% | 0.0% | 0.0% |
| Craft AR | -11.2% | 0.0% | 16.7% | -79.5% |
| Optics | 0.0% | 0.0% | 0.0% | 39.3% |
| Total Cost of Goods Sold | 7.0% | 0.0% | 49.0% | 0.0% |
| Gross Profit/(Loss) | 93.0% | 100.0% | 51.0% | 100.0% |
| Operating Expenses | | | | |
| Advertising and Promotion | 2.8% | 0.7% | 0.0% | 0.0% |
| Automobile Expense | 0.1% | 0.1% | 0.1% | 0.1% |
| Bank Service Charges | 2.4% | 0.9% | 0.0% | 1.7% |
| Computer and Internet Expenses | 1.3% | 1.0% | 0.2% | 1.0% |
| Contract Labor | 34.2% | 25.3% | 5.9% | 0.0% |
| Dues and Subscriptions | 0.1% | 0.1% | 0.0% | 0.0% |
| Health Insurance | 8.2% | 6.4% | 20.7% | 12.4% |
| Insurance Expense | 2.3% | 2.1% | 0.0% | 2.1% |
| Janitorial Services | 0.2% | 0.0% | 0.0% | 0.0% |
| Marketing | 2.3% | 2.6% | 0.0% | -5.3% |
| Meals and Entertainment | 0.7% | 0.1% | 0.0% | 0.0% |
| Moving Expenses | 2.7% | 0.0% | 0.0% | 0.0% |
| Office Supplies | -0.3% | 0.6% | 1.9% | 6.2% |
| Parking | 0.3% | 0.7% | 2.5% | 2.4% |
| Payroll | 0.0% | 0.0% | -160.0% | 0.0% |
| Payroll Expenses | 0.0% | 2.3% | 6.8% | 0.0% |
| Payroll Taxes | 0.9% | 0.0% | 5.1% | 0.0% |
| Payroll Wages | 0.0% | 29.4% | 146.1% | 0.0% |
| Payroll Fees | 0.0% | 0.0% | 0.8% | 2.5% |
| Contributions | 0.0% | 0.0% | 0.0% | 20.2% |
| Postage and Delivery | 0.4% | 1.4% | 0.0% | 0.0% |
| Professional Fees | 1.7% | 1.4% | 0.9% | 2.4% |
| Accounting | 0.4% | 0.9% | -85.8% | 0.0% |
| Consulting Fee | 1.6% | 1.7% | 2.3% | 1.1% |
| Rob Dunbar | 2.0% | 1.5% | 17.3% | -85.6% |
| IGCS | 0.0% | 7.6% | 37.3% | 91.0% |
| Jarel Consulting | 0.0% | 1.3% | 34.8% | 7.6% |
| Legal | 0.6% | 5.8% | 9.2% | 6.0% |
| Repairs & Maintenance | 0.1% | 0.1% | 5.1% | 0.0% |
| Property Lease | 0.1% | 1.7% | 12.9% | 33.4% |
| Rent Expense | 4.3% | 0.0% | 0.1% | 4.6% |
| Rentals | 1.1% | 1.2% | 4.9% | 10.6% |
| Supplies | -0.3% | 0.0% | 3.3% | -15.3% |
| Ammunition | 4.7% | 0.0% | 11.2% | 10.1% |
| Body Armor | -0.7% | 0.0% | 0.0% | 0.0% |
| Gun Parts or Tools | -0.9% | 0.0% | 9.0% | 2.5% |
| Targets | 0.2% | 0.0% | 0.0% | 3.9% |
| Vault | 0.3% | 0.0% | 0.0% | 0.0% |
| Telephone Expense | 0.6% | 2.3% | 2.3% | 4.4% |
| Training | 1.2% | 0.9% | 0.0% | 0.0% |
| Travel Expense | 11.6% | 11.7% | 8.9% | 1.0% |
| Utilities | 0.5% | 0.0% | 0.0% | 0.0% |
| Licensing Fee | 0.0% | 0.6% | 0.0% | 0.0% |
| Taxes | 0.0% | 0.1% | 0.0% | 0.0% |
| Show Fees | 0.0% | 0.1% | 0.0% | 0.0% |
| Total Operating Expenses | 85.1% | 107.6% | 102.9% | 101.8% |
| EBITDA | 7.9% | -7.6% | -51.9% | -1.0% |
| Depreciation | 2.1% | 2.6% | 12.8% | 4.6% |
| Amortization | 10.0% | 12.1% | 0.0% | 7.7% |
| Total Depreciation & Amortization | 12.1% | 14.7% | 12.8% | 12.3% |
| Operating Income ("EBIT") | -4.2% | -22.2% | -64.7% | -14.1% |
| Total Interest Expense | 0.3% | 0.1% | 0.0% | 0.4% |
| Other Income/(Expense) | | | | |
| Other Income | 0.6% | 0.4% | 0.0% | 10.5% |
| Tax Penalty | 0.0% | -0.3% | -0.1% | 0.0% |
| Total Other Income/(Expense) | 0.6% | 0.1% | -0.1% | 10.5% |
| Pre-Tax Income | -3.8% | -22.2% | -64.8% | -4.0% |
| Less: Income Taxes | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Income/(Loss) | -3.8% | -22.2% | -64.8% | -4.0% |

EXHIBIT 1                    Financial Statements                    Page 4 of 4

### EXHIBIT 2

**Income Approach: Discounted Cash Flow Method**

| HISTORICAL CAPITAL EXPENDITURES | Period Ended 11/30/13 | | Year Ended 12/31/12 | | Year Ended 12/31/11 | | Year Ended 12/31/10 | |
|---|---|---|---|---|---|---|---|---|
| Fixed Assets, Cost | $ | 84,327 | $ | 99,342 | $ | 93,842 | $ | 230,553 |
| Net Change Per Year[i] | $ | (15,015) | $ | 5,500 | $ | (136,711) | $ | 230,553 |
| % of Revenue | | -1.9% | | 0.8% | | -73.4% | | 349.8% |

[i] Net Change Per Year for LTM Ended November 30, 2013 was calculated from Fixed Assets, Cost for interim period ended November 30, 2013 (above) and November 30, 2012 ($99,342).

EXHIBIT 2                     Income Approach: Discounted Cash Flow Method                     Page 1 of 9

| HISTORICAL NET WORKING CAPITAL | | Period Ended 11/30/13 | | Year Ended 12/31/12 | | Year Ended 12/31/11 | | Year Ended 12/31/10 |
|---|---|---|---|---|---|---|---|---|
| Current Assets | $ | 616,159 | $ | 633,970 | $ | 553,039 | $ | 169,693 |
| Subtotal (A) | $ | 616,159 | $ | 633,970 | $ | 553,039 | $ | 169,693 |
| | | | | | | | | |
| Less, Current Liabilities | $ | 9,242 | $ | 8,479 | $ | 10,613 | $ | 1,007 |
| Subtotal (B) | $ | 9,242 | $ | 8,479 | $ | 10,613 | $ | 1,007 |
| | | | | | | | | |
| Net Working Capital (A - B) | $ | 606,917 | $ | 625,491 | $ | 542,426 | $ | 168,686 |
| Net Change Per Year[(i)] | $ | 236,812 | $ | 83,066 | $ | 373,740 | $ | (167,133) |
| % of Revenue | | 29.9% | | 12.7% | | 200.8% | | -253.6% |

[(i)] Net Change Per Year for LTM Ended November 30, 2013 was calculated from Net Working Capital for interim period ended November 30, 2013 (above) and November 30, 2012 ($370,105)

EXHIBIT 2                    Income Approach: Discounted Cash Flow Method                    Page 2 of 9

| HISTORICAL NET CASH FLOW TO INVESTED CAPITAL | | LTM Ended 11/30/13 | | Year Ended 12/31/12 | | Year Ended 12/31/11 | | Year Ended 12/31/10 |
|---|---|---|---|---|---|---|---|---|
| Operating Profit ("EBIT")[i] | | $ | (33,702) | $ | (145,568) | $ | (120,524) | $ | (9,322) |
| Less, Tax Expense | | $ | - | $ | - | $ | - | $ | - |
| Net Operating Profit After Tax ("NOPAT") | | $ | (33,702) | $ | (145,568) | $ | (120,524) | $ | (9,322) |
| | % of Revenue | | -4.2% | | -22.2% | | -64.7% | | -14.1% |
| | | | | | | | | | |
| Plus, Depreciation & Amortization Expenses[i] | | $ | 96,186 | $ | 96,186 | $ | 23,873 | $ | 8,123 |
| Gross Cash Flow | | $ | 62,484 | $ | (49,383) | $ | (96,651) | $ | (1,199) |
| | % of Revenue | | 7.9% | | -7.5% | | -51.9% | | -1.8% |
| Net Cash Flow Adjustments: | | | | | | | | | |
| (Less), Increase in Capital Expenditures[ii] | | $ | - | $ | (5,500) | $ | - | $ | (230,553) |
| Plus/(Less), Net Change in Net Working Capital[iii] | | $ | (236,812) | $ | (83,066) | $ | (373,740) | | 167,133 |
| Subtotal - Net Cash Flow Adjustments | | $ | (236,812) | $ | (88,566) | $ | (373,740) | $ | (63,420) |
| | % of Revenue | | -29.9% | | -13.5% | | -200.8% | | -96.2% |
| | | | | | | | | | |
| Net Cash Flow To Invested Capital (rounded) | | $ | (174,300) | $ | (137,900) | $ | (470,400) | $ | (64,600) |
| | % of Revenue | | -22.0% | | -21.0% | | -252.7% | | -98.0% |

[i] Obtained from Adjusted Income Statements.

[ii] Obtained from Capital Expenditures Analysis and only includes year-to-year "increases." Decreases are excluded.

[iii] Obtained from Net Working Capital Analysis and includes all year-to-year changes, increases are subtracted (as they are a Use of cash) and decreases are added (as they are a Source of cash).

EXHIBIT 2                    Income Approach: Discounted Cash Flow Method                    Page 3 of 9

**PROJECTED BALANCE SHEETS**

| | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current Assets | | | | | |
| Total Cash & Cash Equivalents | $ 55,004 | $ 57,992 | $ 61,278 | $ 64,730 | $ 68,672 |
| Total Accounts Receivable, Net | $ 30,079 | $ 31,714 | $ 33,511 | $ 35,399 | $ 36,461 |
| Total Inventory | $ 488,855 | $ 515,411 | $ 544,618 | $ 575,300 | $ 592,564 |
| Total Other Current Assets | $ 68,307 | $ 72,019 | $ 76,100 | $ 80,387 | $ 82,798 |
| Total Current Assets | $ 642,245 | $ 677,135 | $ 715,507 | $ 755,816 | $ 778,495 |
| Total Fixed Assets, Net | $ 37,820 | $ 34,602 | $ 30,976 | $ 26,919 | $ 22,344 |
| Total Intangible Assets, Net | $ 1,106,802 | $ 1,106,802 | $ 1,106,802 | $ 1,106,802 | $ 1,106,802 |
| Total Other Assets (Non-Current) | $ - | $ - | $ - | $ - | $ - |
| **TOTAL ASSETS** | $ 1,786,866 | $ 1,818,539 | $ 1,853,285 | $ 1,889,537 | $ 1,907,641 |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| Current Liabilities | | | | | |
| Total Accounts Payable | $ 8,360 | $ 8,814 | $ 9,313 | $ 9,838 | $ 10,133 |
| Total Other Current Liabilities | $ 1,273 | $ 1,342 | $ 1,419 | $ 1,498 | $ 1,543 |
| Total Current Liabilities | $ 9,633 | $ 10,156 | $ 10,732 | $ 11,336 | $ 11,676 |
| Total Long-Term Liabilities | $ 2,069,263 | $ 2,181,672 | $ 2,305,304 | $ 2,435,176 | $ 2,508,250 |
| Total Other Liabilities (Non-Current) | $ - | $ - | $ - | $ - | $ - |
| TOTAL LIABILITIES | $ 2,078,896 | $ 2,191,828 | $ 2,316,036 | $ 2,446,512 | $ 2,519,927 |
| Total Equity | $ (292,029) | $ (373,289) | $ (462,750) | $ (556,975) | $ (612,286) |
| TOTAL LIABILITIES & EQUITY | $ 1,786,866 | $ 1,818,539 | $ 1,853,285 | $ 1,889,537 | $ 1,907,641 |

**PROJECTED CAPITAL EXPENDITURES**

| | | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Fixed Assets, Cost | | $ 86,827 | $ 89,463 | $ 92,248 | $ 95,190 | $ 98,220 |
| | Net Change Per Year | $ 2,500 | $ 2,636 | $ 2,785 | $ 2,942 | $ 3,030 |

**PROJECTED NET WORKING CAPITAL**

| | | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Current Assets | | $ 642,245 | $ 677,135 | $ 715,507 | $ 755,816 | $ 778,495 |
| | Subtotal (A) | $ 642,245 | $ 677,135 | $ 715,507 | $ 755,816 | $ 778,495 |
| | | | | | | |
| Less, Current Liabilities | | $ 9,633 | $ 10,156 | $ 10,732 | $ 11,336 | $ 11,676 |
| | Subtotal (B) | $ 9,633 | $ 10,156 | $ 10,732 | $ 11,336 | $ 11,676 |
| | | | | | | |
| Net Working Capital | | $ 632,612 | $ 666,979 | $ 704,776 | $ 744,479 | $ 766,818 |
| | Net Change Per Year | $ 25,695 | $ 34,367 | $ 37,796 | $ 39,704 | $ 22,339 |

**PROJECTED COMMON-SIZE BALANCE SHEET**

| | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current Assets | | | | | |
| Total Cash & Cash Equivalents | 3.1% | 3.2% | 3.3% | 3.4% | 3.5% |
| Total Accounts Receivable, Net | 1.7% | 1.7% | 1.8% | 1.9% | 1.9% |
| Total Inventory | 27.4% | 28.3% | 29.4% | 30.4% | 31.1% |
| Total Other Current Assets | 3.8% | 4.0% | 4.1% | 4.3% | 4.3% |
| Total Current Assets | 35.9% | 37.2% | 38.6% | 40.0% | 40.8% |
| Total Fixed Assets, Net | 2.1% | 1.9% | 1.7% | 1.4% | 1.2% |
| Total Intangible Assets, Net | 61.9% | 60.9% | 59.7% | 58.6% | 58.0% |
| Total Other Assets (Non-Current) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| TOTAL ASSETS | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | |
| **LIABILITIES & EQUITY** | | | | | |
| Current Liabilities | | | | | |
| Total Accounts Payable | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| Total Other Current Liabilities | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Total Current Liabilities | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% |
| Total Long-Term Liabilities | 115.8% | 120.0% | 124.4% | 128.9% | 131.5% |
| Total Other Liabilities (Non-Current) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| TOTAL LIABILITIES | 116.3% | 120.5% | 125.0% | 129.5% | 132.1% |
| Total Equity | -16.3% | -20.5% | -25.0% | -29.5% | -32.1% |
| TOTAL LIABILITIES & EQUITY | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

PROJECTED DEPRECIATION SCHEDULE

| | Original Cost | Accum. Deprec. | Net Book Value | LTM Ended 11/30/13 | 2014 | 2015 | 2016 | 2017 | 2018 | Terminal Year |
|---|---|---|---|---|---|---|---|---|---|---|
| **Existing Depreciable Assets** | | | | | | | | | | |
| Fixed Assets | | | | | | | | | | |
| Land Improvement | $ 39,298 | $ (20,356) | $ 18,942 | N/A | $ 486 | $ 486 | $ 486 | $ 486 | $ 486 | $ 486 |
| Furniture and Equipment | $ 21,465 | $ (11,118) | $ 10,346 | N/A | $ 2,069 | $ 2,069 | $ 2,069 | $ 2,069 | $ 2,069 | $ - |
| Truck | $ 23,565 | $ (12,206) | $ 11,358 | N/A | $ 2,272 | $ 2,272 | $ 2,272 | $ 2,272 | $ 2,272 | $ - |
| Existing Depreciable Assets | $ 84,327 | $ (43,681) | $ 40,646 | $ 96,186 | $ 4,827 | $ 4,827 | $ 4,827 | $ 4,827 | $ 4,827 | $ 486 |
| | | | | | | | | | | |
| **Capital Additions** | | | | | | | | | | |
| 2014 | $ 2,500 | $ - | $ 2,500 | $ - | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ - |
| 2015 | $ 2,636 | $ - | $ 2,636 | $ - | $ - | $ 527 | $ 527 | $ 527 | $ 527 | $ 527 |
| 2016 | $ 2,785 | $ - | $ 2,785 | $ - | $ - | $ - | $ 557 | $ 557 | $ 557 | $ 557 |
| 2017 | $ 2,942 | $ - | $ 2,942 | $ - | $ - | $ - | $ - | $ 588 | $ 588 | $ 588 |
| 2018 | $ 3,030 | $ - | $ 3,030 | $ - | $ - | $ - | $ - | $ - | $ 606 | $ 606 |
| Terminal Year | $ 3,456 | $ - | $ 3,456 | $ - | $ - | $ - | $ - | $ - | $ - | $ 691 |
| Total Capital Additions | $ 17,349 | $ - | $ 17,349 | $ - | $ 500 | $ 1,027 | $ 1,584 | $ 2,173 | $ 2,779 | $ 2,970 |
| | | | | | | | | | | |
| Total Depreciation | | | $ | 96,186 | $ 5,327 | $ 5,854 | $ 6,411 | $ 6,999 | $ 7,605 | $ 3,456 |

We depreciated Land Improvments using the straight-line method over an estimated 39-year useful life. We depreciated Furniture and Equipment using the straight-line method over an estimated 5-year useful life.

EXHIBIT 2                    Income Approach: Discounted Cash Flow Method                    Page 5 of 9

**PROJECTED NET CASH FLOW TO INVESTED CAPITAL**

| Periods Ended November 30 | | LTM Ended 11/30/13 | 2014 | 2015 | 2016 | 2017 | 2018 | Terminal Year | CAGR |
|---|---|---|---|---|---|---|---|---|---|
| MicroBilt Integra™ forecast from SIC 8748 Business Consulting Services (2014-2017) | | | 5.60% | 6.10% | 5.80% | 6.10% | N/A | 3.00% | |
| IBISWorld™ forecast from NAICS code 54169 Scientific & Economic Consulting in the U.S. (2014-2017) | | | 4.80% | 5.90% | 6.40% | 6.60% | N/A | 3.00% | |
| IBISWorld™ forecast from NAICS code 55161 Security Services in the U.S. (2014-2017) | | | 2.30% | 4.30% | 2.80% | 4.20% | N/A | 3.00% | |
| Projected Annual Revenue Growth | | | 4.23% | 5.43% | 5.67% | 5.63% | 3.00% | 3.00% | |
| | | | | | | | | | |
| Revenue | | $ 792,989 | $ 826,559 | $ 871,469 | $ 920,852 | $ 972,727 | $ 1,001,908 | $ 1,031,965 | 4.8% |
| Less, Cost of Goods Sold[i] | | $ 55,366 | $ 57,710 | $ 60,845 | $ 64,293 | $ 67,915 | $ 69,953 | $ 72,051 | 4.9% |
| Gross Profit | | $ 737,623 | $ 768,849 | $ 810,624 | $ 856,559 | $ 904,812 | $ 931,956 | $ 959,915 | 4.9% |
| | % of Revenue | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | 93.0% | |
| | | | | | | | | | |
| Less, Operating Expenses[ii] | | $ 675,139 | $ 703,700 | $ 742,000 | $ 784,000 | $ 828,200 | $ 853,000 | $ 878,600 | 4.9% |
| EBITDA | | $ 62,484 | $ 65,149 | $ 68,624 | $ 72,559 | $ 76,612 | $ 78,956 | $ 81,315 | 4.9% |
| | % of Revenue | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | |
| | | | | | | | | | |
| Less, Depreciation & Amortization[iii] | | $ 96,186 | $ 5,327 | $ 5,854 | $ 6,411 | $ 6,999 | $ 7,605 | $ 3,456 | 9.3% |
| Operating Income ("EBIT") | | $ (33,702) | $ 59,822 | $ 62,770 | $ 66,148 | $ 69,613 | $ 71,351 | $ 77,859 | 4.5% |
| | % of Revenue | -4.2% | 7.2% | 7.2% | 7.2% | 7.2% | 7.1% | 7.5% | |
| | | | | | | | | | |
| Less, Tax Expense[iv] | | $ - | $ - | $ - | $ - | $ - | $ - | $ 26,472 | |
| Net Operating Profit After Tax ("NOPAT") | | $ (33,702) | $ 59,822 | $ 62,770 | $ 66,148 | $ 69,613 | $ 71,351 | $ 51,387 | 4.5% |
| | % of Revenue | -4.2% | 7.2% | 7.2% | 7.2% | 7.2% | 7.1% | 5.0% | |
| | | | | | | | | | |
| Plus, Depreciation & Amortization[iii] | | $ 96,186 | $ 5,327 | $ 5,854 | $ 6,411 | $ 6,999 | $ 7,605 | $ 3,456 | 9.3% |
| Gross Cash Flow | | $ 62,484 | $ 65,149 | $ 68,624 | $ 72,559 | $ 76,612 | $ 78,956 | $ 54,843 | 4.9% |
| | | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | 5.3% | |
| | | | | | | | | | |
| Net Cash Flow Adjustments: | | | | | | | | | |
| (Less), Increase in Capital Expenditures[v] | | $ - | $ (2,500) | $ (2,636) | $ (2,785) | $ (2,942) | $ (3,030) | $ (3,456) | 4.9% |
| Plus/(Less), Net Change in Net Working Capital[vi] | | $ (236,812) | $ (25,695) | $ (34,367) | $ (37,796) | $ (39,704) | $ (22,339) | $ (23,000) | -3.4% |
| Net Cash Flow to Invested Capital (rounded) | | $ (174,300) | $ 37,000 | $ 31,600 | $ 32,000 | $ 34,000 | $ 53,600 | $ 28,400 | 9.7% |
| | % of Revenue | -22.0% | 4.5% | 3.6% | 3.5% | 3.5% | 5.3% | 2.8% | |

[i] Costs of Goods Sold for the projection period were expected to remain consistent with most recent operating history.

[ii] Operating Expenses for the projection period were expected to remain consistent with most recent operating history.

[iii] Projected Depreciation & Amortization was based on the Projected Depreciation Schedule.

[iv] Income Taxes were excluded in the near term due to anticipated net operating loss carry-forwards, and were estimated at a typical corporate tax rate of 34% for the Terminal Year.

[v] Increase in Capital Expenditures are based on the Projected Balance Sheet that utilizes historical key turnover ratios (A/R, Inventory, A/P, etc.) to predict the future. We also consulted the Company's historical net changes in capital expenditures amounts.

[vi] Net Change in Net Working Capital changes are based on the Projected Balance Sheet that utilizes historical key turnover ratios (A/R, Inventory, A/P, etc.) to predict the future. We also consulted the Company's historical net changes in Net Working Capital amounts.

EXHIBIT 2                    Income Approach: Discounted Cash Flow Method                    Page 6 of 9

COST OF EQUITY CAPITAL (DISCOUNT RATE)

Build-Up Method:

| | |
|---|---|
| Risk Free Rate For 20 Year Treasury Bond[i] | 3.54% |
| Equity Risk Premium (Earned on Stock Market)[ii] | 5.32% |
| Size Premium (additional equity premium for being a very small business)[iii] | 5.95% |
| Industry Increment/Decrement[iv] | -5.90% |
| Company-Specific Increment[v] | 23.50% |
| Cost of Equity Capital | 32.42% |
| Cost of Equity Capital (rounded to nearest quarter) | 32.50% |

The cost of equity capital was estimated to reflect the discount rate for use in the discounting computations required under this method. The formula for calculating the equity discount rate using the "build-up" method is as follows:

$$K_E = R_F + RP_M + RP_s + RP_i + RP_U$$

Where,

| | | |
|---|---|---|
| $K_E$ | = | Equity discount rate |
| $R_F$ | = | Risk-free rate |
| $RP_M$ | = | Long-horizon expected equity risk premium |
| $RP_s$ | = | Size premium |
| $RP_i$ | = | Industry risk premium |
| $RP_U$ | = | Company-specific risk premium |

Each of the components is further explained as follows:

(i) $R_F$   The long-term risk-free rate is based on the income only returns of the 20-year U.S. Treasury Bond reported by U.S. Federal Reserve on November 29, 2013 at 3.54%. The risk-free rate assumes there to be no default risk in this investment.

(ii) $RP_M$   The equity risk premium is the additional rate of return an investor would expect to receive for taking the additional risk associated with investing in the equity market over the long-term treasury market. The smoothed long-term (20-year) supply-side equity risk premium reported by Aswath Damodaran, Professor at New York University - Department of Finance is 5.32% as of December 1, 2013

(iii) $RP_s$   The risk premium for size is also based on data collected and studies conducted by Morningstar. This increment reflects the correlation between the size of an entity and the returns realized from owning such an investment. The calculation of size is based on the market capitalization of companies on the NYSE/AMEX/NASDAQ. Morningstar breaks the size premiums into deciles. The 10b decile (nearly the smallest) is appropriate for use in this valuation because it is derived from companies that have a market capitalization (or equity value) that ranges between $1.1M and $165.5M - and best balances our confidence that the Company or business unit's value actually falls within a particular decile with the need to tailor the decile choice to make the industry peers relevant to our analysis. Morningstar indicates a premium of 9.74% for this decile as of December 31, 2012 (the closest date to the Valuation Date).

(iv) $RP_i$   The industry risk premium adjustment represents the additional required return between investing in a particular industry compared to investing in a diversified portfolio generating returns inherent in the broader market. This information, also published by Morningstar, provides two-and three-digit SIC code listings for most industries. Based on 12 public companies under SIC code 6748 Business Consulting Services, Morningstar reported an industry risk decrement of -5.90% as of December 31, 2012 (the closest date to the Valuation Date).

(v) $RP_U$   The Company-specific risk adjustment measures the inherent additional rate of return required when investing in the Company as opposed to investing in the smallest publicly traded companies. Based on our assessment of the Company's lack of management depth, loss of key-man, and difficulty in predicting future earnings (due to historical volatile sales and cash flows), we determined an additional risk increment of 23.5% was required in addition to the components above. This results in a cost of equity of 32.5%, approximately 3x higher than the 10.82% median cost of equity reported by Morningstar for large publicly-traded firms - an increase we deemed reasonable for the Company. Moreover, as we assessed the Company to be in the "second stage" (based of history of investor contributions) its life cycle, we confirmed our total cost of equity by considering Jeffrey Timmons' research on required rates of return (a proxy for cost of equity) for venture capital investment in similarly-staged firms. We noted that a 30% to 40% rate of return was the midpoint for required rates of return for venture capital investments in similarly-staged firms.

EXHIBIT 2                    Income Approach: Discounted Cash Flow Method                    Page 7 of 9

## WEIGHTED-AVERAGE COST OF CAPITAL ("WACC")

|  | Rate of Return | Weighting[iii] | Weighted Average |
|---|---|---|---|
| Equity Capital[i] | 32.50% | 84% | 27.18% |
| Debt Capital[ii] | 3.54% | 16% | 0.58% |
|  | Weighted Average Cost of Capital | | 27.75% |
|  | WACC (rounded to nearest quarter) | | 27.75% |

[i] Cost of equity capital is obtained from the Build-Up Method.

[ii] Cost of debt is determined by Moody's calculated yield on seasoned corporate bonds across all industries (Baa) at 5.36% as of November 29, 2013. This figure is then usually tax affected because interest expense on debt is a tax deductible expense.

[iii] Per Morningstar's 2013 Cost of Capital Yearbook, the public market's five-year average market capitalziation ratio (or mix of equity and debt financing) for the industry defined by SIC code 874 Business Consulting Services, Not Elsewhere Classified as of March 31, 2013 is .20, or 84% equity and 16% debt. We used the five-year average market capitalization ratio to account for the more volatile recent periods.

EXHIBIT 2                     Income Approach: Discounted Cash Flow Method                     Page 8 of 9

## DISCOUNTED CASH FLOW CALCULATION

| Compounding Period | Projection Year | Annual Net Cash Flow to Invested Capital | | Present Value Factor | Present Value | |
|---|---|---|---|---|---|---|
| 1 | 2014 | $ | 37,000 | 0.78278 | $ | 28,963 |
| 2 | 2015 | $ | 31,600 | 0.61274 | $ | 19,363 |
| 3 | 2016 | $ | 32,000 | 0.47964 | $ | 15,349 |
| 4 | 2017 | $ | 34,000 | 0.37545 | $ | 12,765 |
| 5 | 2018 | $ | 53,600 | 0.29390 | $ | 15,753 |
| Terminal Value[i] | | $ | 114,747 | 0.29390 | $ | 33,724 |
| | | | | Total | $ | 125,916 |

| | |
|---|---|
| Weighted Average Cost of Capital[ii] | 27.75% |
| Less, Long-Term Sustainable Growth Rate[iii] | 3.00% |
| Capitalization Rate | 24.75% |
| Indicated Value of Invested Capital | $ 125,916 |
| Less, Interest-Bearing Debt[iv] | $ (1,985,214) |
| Indicated Value of Equity Capital (rounded) | $ - |

[i] Terminal Value is the prospective value as of the end of the discrete projection period. The formula is Terminal Year annual net cash flow divided by the capitalization rate and discounted to present value using the Year 5 present value factor. The calculation reflects the perpetual or horizon value of the firm's invested capital value.

[ii] See Weighted Average Cost of Capital calculation.

[iii] The long-term sustainable growth rate is projected by considering both the long-term inflation and GDP growth and the projected inflation (2.35%) and GDP (2.60%) per the 10-year forecast from the Federal Reserve Bank of Philadelphia, *Livingston Survey,* December 12, 2013.

[iv] Interest Bearing Debt includes long-term debt and short-term debt, if any. Each are obtained from the Adjusted Net Asset Value schedule.

EXHIBIT 2                    Income Approach: Discounted Cash Flow Method                    Page 9 of 9

EXHIBIT 3

Market Approach: Private Transaction Method

PRATT'S STATS™ PRIVATE TRANSACTION COMPARABLES

NAICS 541690 / SIC 8748 Other Scientific and Technical Consulting Services                                                                    MULTIPLES

| No. | Type | Sale Date | MVIC[i] (Price) | Revenue | EBITDA[ii] | MVIC: Revenue | MVIC: EBITDA |
|-----|------|-----------|-----------------|---------|------------|---------------|--------------|
| 1 | Asset | 2/7/1997 | $ 225,000 | $ 147,445 | $ 121,353 | 1.53 | 1.85 |
| 2 | Asset | 12/17/2004 | $ 135,000 | $ 251,000 | $ 20,867 | 0.54 | 6.47 |
| 3 | Asset | 2/11/2008 | $ 707,000 | $ 935,000 | N/A | 0.76 | N/A |
| 4 | Asset | 10/1/2010 | $ 225,000 | $ 973,938 | $ 62,601 | 0.23 | 3.59 |
| 5 | Stock | 1/21/2011 | $ 2,124,000 | $ 639,796 | $ 189,258 | 3.32 | 11.22 |
| 6 | Asset | 4/29/2011 | $ 550,000 | $ 589,212 | $ 95,536 | 0.93 | 5.76 |
| 7 | Asset | 6/14/2013 | $ 110,000 | $ 270,000 | $ 57,000 | 0.41 | 1.93 |

| SUMMARY CALCULATIONS | | | | | | |
|---|---|---|---|---|---|---|
| Min | $ 110,000 | $ 147,445 | $ 20,867 | 0.23 | 1.85 |
| Max | $ 2,124,000 | $ 973,938 | $ 189,258 | 3.32 | 11.22 |
| Median | $ 225,000 | $ 589,212 | $ 79,069 | 0.76 | 4.68 |
| Average | $ 582,286 | $ 543,770 | $ 91,103 | 1.10 | 5.14 |

|  |  |  |
|---|---|---|
| Standard Deviation | 1.07 | 3.54 |
| Coefficient of Variation | 0.97 | 0.69 |

[i] MVIC = Market Value of Invested Capital. Equity Price + Long Term Liabilities Assumed (MVIC is the total consideration paid to the seller and includes any cash that changed hands plus any long-term financing liabilities assumed by the buyer. An example to which most can relate is provided: If one buys a home and pays $100,000 cash to the seller and assumes a mortgage of $20,000, the Equity Price is $100,000 and the MVIC Price is $120,000.)

[ii] EBITDA = Earnings Before Interest, Taxes, Depreciation, and Amortization.

EXHIBIT 3                                    Market Approach: Private Transaction Method                                    Page 1 of 2

## PRATT'S STATS™ PRIVATE TRANSACTION CALCULATION

| Fundamental | | LTM Ended 11/30/13 | Selected Market Multiple[i] | Indicated Value | Weighting[ii] | Weighted Value |
|---|---|---|---|---|---|---|
| Revenue | $ | 792,989 | 0.76 | 599,618 | 25.00% $ | 149,905 |
| EBITDA | $ | 62,484 | 4.68 | 292,149 | 75.00% $ | 219,112 |
| | | Indicated Value of Invested Capital | | | 100.00% $ | 369,016 |
| | | | | Less, Interest-Bearing Debt[iii] | $ | (1,985,214) |
| | | | | Indicated Value of Equity Capital (rounded) | $ | - |

[i] Our selection of multiples was largely based on the median multiple with a reasonable coefficient of variation ("COV"). The theory being that the median valuation multiples with the lowest COV are those with the least dispersion around their respective means and may be more accurate. From the observed data, all multiples reported a reliable COV less than 1.0. We then selected the median multiple as this captures the risks inherent for a business operating in this industry.

[ii] Because we adhere to the argument that the "bottom-line" measures (such as earnings) as opposed to "top line" measures (such as sales) are a better indicator of any company's value, we weighted the revenue multiple at 25% and the EBITDA multiple at 75%.

[iii] Interest Bearing Debt includes the fair value of the long-term debt and short-term debt, if any. Each are obtained from the Adjusted Net Asset Value schedule.

EXHIBIT 3      Market Approach: Private Transaction Method      Page 2 of 2

**EXHIBIT 4**

**Qualifications of Appraiser**

## QUALIFICATIONS OF APPRAISER



**Hill Johnson, ASA**

As an Accredited Senior Appraiser ("ASA") in the Business Valuation of the American Society of Appraisers, Hill Johnson provides business valuation services for closely held companies and their owners.

Since joining Hartman Leito & Bolt, LLP in early 2006, Mr. Johnson has spent one hundred percent of his time providing business valuation appraisals and valuation consulting services. Hill has rendered independent opinions of value for various types of business valuation purposes including estate & gift tax planning, buy/sell transactions, financial reporting purposes (including FAS 141 & 142), the appraisal of intellectual property, assessing commercial damages, employee stock ownership plans, and even marital dissolution. Mr. Johnson's industries of valuation experience include, but are not limited to, manufacturing, biotech, chemical, oil and gas, healthcare, medical equipment, software, retail, consulting, restaurant, real estate, family limited partnerships, and professional service industries (including physician and dentist practices). Mr. Johnson has also performed a number of due diligence assessments, completed offering memorandums, and worked closely with an international investment-banking firm.

Hill combines a Masters-level education with real world experience and a dedication to the business valuation profession. Hill's ability to convey complex valuation methods, his skill at drafting well-balanced analyses and linking the major indicators to the value conclusion has led to a local reputation for excellence in business valuation.

In May of 2010, Hill was appointed Director of Hartman Leito & Bolt, LLP's Business Valuation service line. He is located in the Dallas, Texas office.

Mr. Johnson's resume is presented on the following page.

Curriculum Vita of

## *HILL JOHNSON, ASA*

1600 Viceroy, Suite 720
Dallas, Texas 75235
Phone (214) 689-5600   Facsimile (214) 689-5699
hjohnson@hlbllp.com

---

### *EDUCATION*
- Master of Business Administration
  *Southern Methodist University (2003)*
- Bachelor of Science in Business
  Administration, Magna cum laude
  *University of Texas at Dallas (2001)*

### *PROFESSIONAL ACCREDITATION*
- Accredited Senior Appraiser ("ASA") of
  the American Society of Appraisers
- Member of the Institute of Business
  Appraisers

### *CONTINUING PROFESSIONAL EDUCATION*
- Attended various appraisal organization
  courses involving the appraisal of
  closely-held businesses, intangible
  assets, and intellectual properties
- Attended numerous seminars on business
  valuation related topics

### *EXPERIENCE*
- Creston Petroleum Corporation
  *Analyst (2002-2003)*
  - Determined ownership of land lease by
    assessing and organizing hundreds of
    claimant/owner files involved in a
    billion dollar venture with a U.S.-based
    oil and gas company
  - Located and Identified
    claimants/owners who had not been
    heard from for many years by
    conducting due diligence resulting in
    established communication with over
    97% of all claimants/owners
  - Successfully negotiated subleases
    with each claimant/owner utilizing
    interpersonal, organization and
    negotiation skills resulting in obtaining
    subleases for over 98% of the
    property's surface area

- VarTec Telecommunications, Inc.
  *Compensation Manager (2003–2005)*
  - Completed Management Trainee
    Program (MTP) that included rotations
    in Operations, Sales, Communications,
    Training, Marketing, and Finance
    divisions.

### *EXPERIENCE (Continued)*
  - Responsible for all commercial business
    compensation plans across all sales
    channels. This included approximately
    2,500 annual payments totaling over $10M
    per year.
  - Managed team of senior compensation
    analysts and participated in all channel
    and product-related projects.
  - Provided key performance indicator
    reports to management on a weekly basis.

- RWC Consulting, Inc.
  *Consultant (2005-2006)*
  - Recruited to support establishment of
    United States Forest Service Albuquerque
    Service Center, a national center
    consolidating all regional administrative
    operations (financial services, human
    resources, and information technology) in
    one location.
  - Subsequently selected to manage Travel
    Department, including oversight of twelve
    contractors engaged in end-to-end travel
    processing.
  - Developed process flow and controls,
    employed multiple software applications,
    communicated productivity reports and
    organizational issues to management.
  - Assisted management with project-wide
    objectives, ad hoc initiatives, and general
    re-engineering of departmental process
    and procedures while supporting daily
    operations.

- Hartman Leito & Bolt, LLP
  *Director, Business Valuation (2006-Present)*
  - Perform various types of valuations for
    business entities including appraisal of
    intellectual property, commercial
    damages, employee stock ownership
    plans, marital dissolution, estate & gift tax
    planning, financial reporting purposes
    (including FAS 141 & 142), and buy/sell
    transactions.