| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br><br>Craft International, LLC | Case Number:<br>14-32605-BJH-11 | |
|---|---|---|

1. **Name of holder of Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to herein as the "Interest Holder"):

   Taya Kyle, as executrix of the Estate of Chris Kyle

Name and address where notices should be sent:
   Pronske Goolsby & Kathman, P.C.
   2200 Ross Ave., Suite 5350
   Dallas, Texas 75201
   Telephone: 214.658.6500

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate proof of claim form should be used for that purpose. This form should be used to assert an Equity Security Interest in the Debtor. An equity security interest is defined by the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated "stock" or similar security, (b) an interest of a limited partner in a limited partnership, or (c) a warrant or right, other than a right to convert, to purchase, sell or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

**THIS SPACE FOR COURT USE**

| Account or other number by which Interest Holder identifies Debtor: | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest _____<br>☐ amends a previously filed Proof of Interest _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Security Interest asserted in this Proof of Interest: | 3. Date Equity Security Interest was acquired:<br><br>November 9, 2009 |
|---|---|

| 4. Total amount of member interest: 85% of all equity interests | 5. Certificate number(s): |
|---|---|

6. **Type of Equity Interest:** Limited liability units as described in the Debtor's Amended and Restated Company Agreement.

7. **Supporting Documents:** Debtor's Operating Agreement

8. **Signature:** *[signature: Kyle]*

I declare under penalty of perjury that the information in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

Date 8/28/14

SIGN and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

*Taya Kyle as Executrix of the Estate of Chris Kyle*

THIS SPACE FOR COURT USE ONLY