Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
Seymour Roberts, Jr.
Texas State Bar No. 17019150
**NELIGAN FOLEY LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201

PROPOSED COUNSEL FOR THE DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CRAFT INTERNATIONAL, LLC | § | CASE NO. 14-32605-BJH-11 |
| | § | |
| Debtor. | § | Hearing Date: September 17, 2014 |
| | § | Hearing Time: 1:15 p.m. |

### DEBTOR'S WITNESS AND EXHIBIT LIST

Craft International, LLC (the "Debtor") files this list of witnesses and exhibits for the hearing set for September 17, 2014 at 1:15 p.m. (the "Hearing") concerning *Motion for Order Authorizing a New and Prior Training Class* [D.E. 38] as follows:

### WITNESSES

1.      The Debtor reserves the right to call the following individuals as a witness at the Hearing:

   a.      Steven Young or Bo French;

   b.      Any witnesses listed or called by any other party; and

   c.      Rebuttal witnesses as needed.

---

DEBTOR'S WITNESS AND EXHIBIT LIST -- PAGE 1

## EXHIBITS

2.    The Debtor reserves the right to introduce the following documents as exhibits at the Hearing:

| Exhibit No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Invoice for Ammunition | | | | |
| B | Invoice for Instructors Lodging | | | | |

(i)    Any exhibits listed or introduced by other parties; and

(ii)    Rebuttal exhibits, as needed.

3.    The Debtor requests that the Court take judicial notice of the pleadings filed and the docket of this Court.

4.    The Debtor reserves the right to amend this Witness and Exhibit List.

Dated: September 11, 2014

Respectfully submitted,

By:    /s/ Seymour Roberts, Jr.
Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
pneligan@neliganlaw.com
Seymour Roberts, Jr.
Texas State Bar No. 17019150
sroberts@neliganlaw.com

**NELIGAN FOLEY LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

**COUNSEL FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing with exhibits has been served on September 11, 2014 via the Court's electronic notification system.

*/s/ Seymour Roberts, Jr.*
Seymour Roberts, Jr.

# EXHIBIT A

Steven Young

| From: | Sales <customerservice@bulkammo.com> |
|---|---|
| Sent: | Wednesday, June 25, 2014 10:00 AM |
| To: | Steven Young |
| Subject: | BulkAmmo.com: New Order # 400317406 |

# BULKAMMO.COM

Hello Steven Young,

Thank you for your order from BulkAmmo.com. Once your package ships we will send an email with a link to track your order. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at customerservice@bulkammo.com or call us at (800) 720-6035 Monday – Friday, 8am – 5pm EST.

Your order confirmation is below. Thank you again for your business.

Your Order #400317406 (placed on June 25, 2014 10:29:59 AM PDT)

### Billing Information:

Steven Young
2700 Rosedale Ave
Dallas, Texas, 75205
United States
T: 214/282218

### Payment Method:

Credit Card (Authorize.net)

Credit Card Type: American Express
Credit Card Number: xxxx-2001
Processed Amount: $2,988.19

### Shipping Information:

Steven Young
Craft International
3824 Cedar Springs Rd
Suite 357
Dallas, Texas, 75219
United States
T: 2147282218

### Shipping Method:

Federal Express - Ground

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| 1000 Rounds of 9mm Ammo by PMC – 115gr FMJ | 9mm115FMJPMC-1000 | 3 | $780.00 |
| 500 Rounds of 5.56x45 Ammo by Federal – 55gr FMJBT | 556x45mm55FMJXM193Fed-500 | 6 | $1,080.00 |

1

| | | | |
|---|---|---|---|
| 20 Rounds of .300 AAC Blackout Ammo by Gorilla Ammunition - 125gr HPBT | 300AACBlk125grGorilla-20 | 3 | $87.00 |
| 20 Rounds of .300 AAC Blackout Ammo by PNW Arms - 125gr Nosler Ballistic Tip BT | 300AAC125NoslerPNW-20 | 2 | $56.50 |
| 50 Rounds of .22 LR Standard Velocity Ammo by CCI - 40gr LRN | 22LR40LRN0035CCISV-50 | 30 | $300.00 |
| 200 Rounds of .308 Win Ammo by Remington - 168gr HPBT MatchKing | 308168BTHPrm308w7RemMatch-200 | 2 | $540.00 |

| | |
|---|---|
| Subtotal | $2,843.50 |
| Shipping & Handling | $144.69 |
| Gift Certificates | $0.00 |
| Grand Total | $2,988.19 |

Thank you again,
BulkAmmo.com

2

# EXHIBIT B



ROUGH CREEK LODGE & RESORT

Guest Name:   Steven Young
              The Craft, Int'l
              2101 Cedar Springs Road
              Suite 1400
              Dallas, TX  75201      USA

Room #:  DAY
Folio#:  R10EFB - 1
Group #:  5136
Guests:  2
Clerk:   JDAVIDSON

*Page No.  1*

Arrive: 06/27/14   Time:  05:33 PM      Depart: 07/03/14   Time:  02:23 PM      Stat: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 06/27/14 | PACKAGE | 425/CMP | Pkg: Weekend CMP | $290.89 | |
| 06/27/14 | PACKAGE TAX | 425/CMP** | Pkg: Weekend CMP | $17.45 | |
| 06/28/14 | RESTAURANT LUNCH | 212430 | Rest..Restaurant and Bar/V1Rest | $13.08 | |
| 06/28/14 | RESTAURANT LUNCH | 212468 | Rest..Restaurant and Bar/V1Rest | $13.08 | |
| 06/28/14 | PACKAGE | 425/CMP | Pkg: Weekend CMP | $290.89 | |
| 06/28/14 | PACKAGE TAX | 425/CMP** | Pkg: Weekend CMP | $17.45 | |
| 06/29/14 | GIFT SHOP | 06281039604 | From: Young, Steven  118 | $8.00 | |
| 06/29/14 | STATE SALES TAX | 06281039604t | From: Young, Steven  118 | $0.54 | |
| 06/29/14 | COUNTY SALES TAX | 06281039604t | From: Young, Steven  118 | $0.04 | |
| 06/29/14 | PACKAGE | 425/CMP | From: Young, Steven  118 | $290.89 | |
| 06/29/14 | PACKAGE TAX | 425/CMP** | From: Young, Steven  118 | $17.45 | |
| 06/29/14 | PACKAGE | 425/CMP | From: Young, Steven  118 | $290.89 | |
| 06/29/14 | PACKAGE TAX | 425/CMP** | From: Young, Steven  118 | $17.45 | |
| 06/29/14 | PAY AMERICAN EXPRES | Ck Out 14:35 | ***********2001 177335 | | ($1,268.10) |
| 06/29/14 | FAMILY POOL | 15118 | Rest..Family Pool/V1Rest | — $151.99 – *Paid personally* | |
| 06/29/14 | RESTAURANT LUNCH | 212579,2 | Rest..Restaurant and Bar/V1Rest | $74.08 | |
| 06/29/14 | RESTAURANT LUNCH | 212590 | Rest..Restaurant and Bar/V1Rest | $33.46 | |
| 06/29/14 | PACKAGE | 425/CMP | Pkg: Weekend CMP | $674.55 | |
| 06/29/14 | PACKAGE TAX | 425/CMP** | Pkg: Weekend CMP | $46.96 | |
| 06/30/14 | RESTAURANT LUNCH | 212618 | Rest..Restaurant and Bar/V1Rest | — $146.26 – *Paid Personally* | |
| 07/03/14 | PAY AMERICAN EXPRES | Ck Out 14:23 | ***********2001 122866 | | ($1,127.30) |

Folio Balance:      $0.00

Regardless of the charge instructions, I hereby acknowledge personal liability for all expenses that may occur during my and or my guest's stay, including room and personal charges, applicable taxes and other obligations.

Guest Signature: _____

**Mailing Address**          **Physical Address**
Post Office Box 2400         5165 County Road 2013
Glen Rose, Texas 76043       Glen Rose, Texas 76043
Toll-free: 800-864-4705  FAX: 254-918-2571
www.roughcreek.com