

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 25, 2014

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CRAFT INTERNATIONAL, LLC | § § | CASE NO. 14-32605-BJH-11 |
| DEBTOR | § § | |

### ORDER AUTHORIZING NEW AND PRIOR TRAINING CLASS

There came on to be heard the Motion [D.E. 38][1] filed by the Debtor for an order authorizing the Debtor to provide a New Class and authorizing a Prior Class provided by the Debtor under §§ 105 and 363, all as more fully set forth in the Motion; and due notice of the Motion having been given; and no other or further notice being necessary; and the Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; and this being a core proceeding under 28 U.S.C. § 157(b)(2); and venue of the Bankruptcy Case being proper before this Court in this district; and the New Class and the Prior Class being transactions in the ordinary course of the Debtor's business under § 361(c)(1); and the heightened scrutiny required because the New

---

[1] All of the capitalized terms used in this Order will have the meanings ascribed to them in the Application, unless otherwise indicated.

Class and Prior Class involve the Debtor conducting business that benefit Mr. Young and Executive Armament, both of whom are insiders of the Debtor under § 101(31)(B), is satisfied; and the relief requested in the Motion being in the best interest of the Debtor and its estate an creditors, it is hereby

ORDERED, ADJUDGED, and DECREED that

1. The Motion is granted as provided herein.

2. The New Class is authorized under the terms and conditions outlined in the Motion.

3. The Debtor is authorized to enter into transactions with Mr. Young and Executive Armament to provide the weapons and ammunition for the New Class under the terms and conditions outlined in the Motion.

4. The Prior Class was authorized under the terms and conditions outlined in the Motion.

5. The Debtor was authorized to enter into transactions with Mr. Young and Executive Armament to provide the weapons and ammunition for the Prior Class under the terms and conditions outlined in the Motion.

* * * **END OF ORDER** * * *