Monthly Operating Report
CASH BASIS

CASE NAME: Craft International, LLC

CASE NUMBER: 14-32605

JUDGE: Barbara J. Houser

UNITED STATES BANKRUPTCY COURT

NORTHERN & EASTERN DISTRICTS OF TEXAS

REGION 6

MONTHLY OPERATING REPORT

MONTH ENDING: October 2014
                    MONTH     YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      TITLE: CEO

PRINTED NAME OF RESPONSIBLE PARTY: Steven Young      DATE: 11/20/2014

PREPARER:

ORIGINAL SIGNATURE OF PREPARER      TITLE: CEO

PRINTED NAME OF PREPARER: Steven Young      DATE: 11/20/2014

**Monthly Operating Report**
**CASH BASIS-1**

CASE NAME: Craft International, LLC

CASE NUMBER: 14-32605

| CASH RECEIPTS AND DISBURSEMENTS | MONTH September | MONTH October | MONTH | MONTH |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 23,910.55 | 23,721.39 | | |
| RECEIPTS | | | | |
| 2. CASH SALES | 24,797.00 | 7,750.00 | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS AND ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL RECEIPTS | 24,797.00 | 7,750.00 | | |
| DISBURSEMENTS | | | | |
| 10. NET PAYROLL | | | | |
| 11. PAYROLL TAXES PAID | | | | |
| 12. SALES, USE & OTHER TAXES PAID | 135.16 | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTGAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | 7,000.00 | | | |
| 17. UTILITIES | | | | |
| 18. INSURANCE | | | | |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | 2,097.15 | 1,560.96 | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | | | |
| 23. SUPPLIES | 2,988.19 | 125.00 | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) | 12,440.38 | 13,647.95 | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | 24,660.88 | 15,333.91 | | |
| REORGANIZATION EXPENSES | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | 325.28 | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | 325.28 | | | |
| 34. TOTAL DISBURSEMENTS | 24,986.16 | 15,333.91 | | |
| 35. NET CASH FLOW | <189.16> | <7,583.91> | | |
| 36. CASH - END OF MONTH | 23,721.39 | 16,137.48 | | |

## 28. OTHER

| | |
|---|---|
| Contact Labor | $13,250.00 |
| Professional Fee (Accounting) | $   200.00 |
| Bank Service Charge | $   197.95 |
| TOTAL | $13,647.95 |

# Monthly Operating Report
## CASH BASIS-1A

CASE NAME: Craft International, LLC

CASE NUMBER: 14-32605

CASH DISBURSEMENTS DETAIL   MONTH: October 2014

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
|  |  |  |  |

**TOTAL CASH DISBURSEMENTS**

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| ACH | 10/01 | Intuit Bank Fee | Bank Service Charge | 19.95 |
| ACH | 10/01 | Intuit Bank Fee | Bank Service Charge | 32.25 |
| 1029 | 10/03 | ED Deegan | Contract Labor | 3,000.00 |
| 1028 | 10/06 | Shannon Rogers | Contract Labor | 3,000.00 |
| 1032 | 10/14 | Jeff Kranz | Contract Labor/Supplies/Travel | 2,050.00 |
| 1033 | 10/16 | Denise Baumgartner | Professional Fee | 200.00 |
| ACH | 10/17 | Intuit Bank Fee | Bank Service Charge | 48.25 |
| ACH | 10/24 | Intuit Bank Fee | Bank Service Charge | 72.50 |
| ACH | 10/27 | Plains Capital Bank | Bank Service Charge | 25.00 |
| 1030 | 10/31 | Randy Dehay | Contract Labor/Travel | 2,885.96 |
| 1031 | 10/31 | Randy Dehay | Contract Labor | 4,000.00 |

**TOTAL BANK ACCOUNT DISBURSEMENTS**  15,333.91

**TOTAL DISBURSEMENTS FOR THE MONTH**  15,333.91

**Monthly Operating Report**
CASH BASIS-2

CASE NAME: Craft International, LLC

CASE NUMBER: 14-32605

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | TOTAL |
|---|---|---|---|---|
| A. BANK: | Plains Capital | PayPal | | |
| B. ACCOUNT NUMBER: | | | | |
| C. PURPOSE (TYPE): | DIP Acct | | | |
| 1. BALANCE PER BANK STATEMENT | 16,137.48 | 43.99 | | 16,181.47 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | -0- | -0- | | |
| 3. SUBTRACT: OUTSTANDING CHECKS | -0- | -0- | | |
| 4. OTHER RECONCILING ITEMS | -0- | -0- | | |
| 5. MONTH END BALANCE PER BOOKS | 16,137.48 | 43.99 | | 16,181.47 |
| 6. NUMBER OF LAST CHECK WRITTEN | 1033 | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | | |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | |
| 13. TOTAL CASH - END OF MONTH | 16,181.47 |

Monthly Operating Report
CASH BASIS-3

CASE NAME: Craft International, LLC
CASE NUMBER: 14-32605

## ASSETS OF THE ESTATE

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | MONTH September | MONTH October | MONTH |
|---|---|---|---|---|
| 1. Office Lease | -0- | -0- | -0- | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | |
| **SCHEDULE "B" PERSONAL PROPERTY** | | | | |
| 1. CASH ON HAND | 16,231.25 | 23,735.38 | 16,181.47 | |
| 2. CHECKING, SAVINGS, ETC. | | | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | 41,338.51 | 12,550.00 | 12,450.00 | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | 45,970.18 | 45,970.18 | 45,970.18 | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS | | | | |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | UNKNOWN | UNKNOWN | UNKNOWN | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | 1,000.00 | 1,000.00 | 1,000.00 | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | 25,000.00 | 25,000.00 | 25,000.00 | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER (ATTACH LIST) | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | 129,539.94 | 108,255.56 | 100,604.65 | |
| 37. TOTAL ASSETS | 129,539.94 | 108,255.56 | 100,604.65 | |

**Monthly Operating Report**
CASH BASIS-4

CASE NAME: Craft International, LLC

CASE NUMBER: 14-32605

MONTH: October 2014

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | | |
| 2. PRIORITY | 24,950.00 | -0- |
| 3. UNSECURED | 3,116,458.36 | -0- |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | 3,141,408.36 | |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | | | |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | | | |
| 31. TOTAL POSTPETITION LIABILITIES | | | | |

**Monthly Operating Report**
CASH BASIS-4A

CASE NAME: Craft International, LLC

CASE NUMBER: 14-32605

MONTH: October 2014

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH September | MONTH October | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | | 5,750.00 | 7,150.00 | |
| 2. 31 - 60 | | 1,500.00 | -0- | |
| 3. 61 - 90 | | -0- | -0- | |
| 4. 91+ | | 5,300.00 | 5,300.00 | |
| 5. TOTAL ACCOUNTS RECEIVABLE | 41,338.51 | 12,550.00 | 12,450.00 | |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | -0- | | |
| 7. ACCOUNTS RECEIVABLE (NET) | | 12,550.00 | 12,450.00 | |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| TAXES PAYABLE | | | | |
| 1. FEDERAL | | | | |
| 2. STATE | | | | |
| 3. LOCAL | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL TAXES PAYABLE | | | | |
| 6. ACCOUNTS PAYABLE | | | | |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | | | | |
| 2. FICA-EMPLOYEE | | | | |
| 3. FICA-EMPLOYER | | | | |
| 4. UNEMPLOYMENT | | | | |
| 5. INCOME | | | | |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | | | | |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | |
| 9. SALES | | | | |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | | | | |
| 13. PERSONAL PROPERTY | | | | |
| 14. OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE & LOCAL | | | | |
| 16. TOTAL TAXES | | | | |

**Monthly Operating Report**
CASH BASIS-5

CASE NAME: Craft International, LLC

CASE NUMBER: 14-32605

MONTH: October 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | | | |

**Monthly Operating Report**
CASH BASIS-6

CASE NAME: Craft International, LLC
CASE NUMBER: 14-32605

MONTH: October 2014

### QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | ✓ |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | ✓ |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | ✓ |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | ✓ |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | ✓ |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | ✓ |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | ✓ |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | ✓ |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | ✓ |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | ✓ |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | ✓ |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | ✓ |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | ✓ |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

No Insurance

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |