```
Label Matrix for local noticing          Craft International LLC                  Wolfe and Company, PC
0539-3                                   3824 Cedar Springs Road, No. 357         3102 S. Clack St., Ste. 1
Case 14-32605-bjh11                      Dallas, TX 75219-4136                    Abilene, TX 79606-2299
Northern District of Texas
Dallas
Fri Jan 16 14:08:45 CST 2015

1100 Commerce Street                     5.11, Inc.                               AEM Partners II, LP
Room 1254                                4300 Spyres Way                          Attn: Ardon Moore
Dallas, TX 75242-1305                    Modesto, CA 95356-9259                   201 Main Street, Suite 3200
                                                                                  Fort Worth, TX 76102-3134


AL CRAFT LLC                             American Express                         American Express Bank, FSB
Attn: Alex Lamond                        PO Box 650448                            c o Becket and Lee LLP
Miramar Plaza Building, Suite 400        Dallas, TX  75265-0448                   POB 3001
Ave Ponce de Leon #954                                                            Malvern, PA 19355-0701
San Juan, Puerto Rico 00907-3646


Andrew Alexander                         Armer & Smith Capital Group LLC          Bob Lilly Professional Promotions
6147 Lakeshore Drive                     Attn:  Kevin Smith                       12850 Spurling Road
Dallas, TX 75214-3609                    7109 Greenshores Drive                   Dallas, TX 75230-7215
                                         Austin, TX 78730-4322


Bray Family Trust                        Charles Fitzgerald                       Chris Pittman
Attn:  Benny Bray                        c/o V3 Capital Management LP             4078 Creekside Drive
4012 Glenwick Lane                       400 Park Avenue, 14th Floor              Dallas, TX 75229
Dallas, TX 75205-1147                    New York, NY 10022-4406


Christopher E. Kirkpatrick               Colonnetta Family Partners I             Colt Ventures Ltd.
5839 Meadowcrest Drive                   5435 Park Lane                           Attn: Darren Blanton
Dallas, TX 75230-2933                    Dallas, TX 75220-2149                    2101 Cedar Springs Road, Suite 1230
                                                                                  Dallas, TX 75201-2145


Daniel S. Loeb                           David Feherty                            Derrick Hunt
390 Park Avenue, 18th Floor              6422 Prestonshire Lane                   3325 Boggett Ct.
New York, NY 10022-4608                  Dallas, TX 75225-2309                    Southlake, TX 76092-3332


Devin Phillips                           Double Eagle Capital Management LP       Edward Deegan
4119 Briargrove Lane                     909 Lake Carolyn Pkwy Suite 1825         2101 Carleton Avenue
Dallas, TX 75287-6600                    Irving, TX 75039-4836                    Fort Worth, TX 76107-4241


Edward Morales                           Fred C. Pederson                         Fred W. Brown
23219 N. 25th Street                     Little Pederson Fankhauser LLP           8323 S.W. Frwy. Suite 475
Phoenix, AZ 85024-7562                   901 Main Street, Suite 4110              Houston, TX 77074-1614
                                         Dallas, TX 75202-3751


Freeman Capital Ltd.                     Gerrit M. Pronske                        Hayman Partners LP
Attn:  Brandon Freeman                   Jason P. Kathman                         Attn: Jeff Knowlton
100 Crescent Court, Suite 1450           Pronske Goolsby Katham                   2101 Cedar Springs Road, Suite 1400
Dallas, TX 75201-1833                    2200 Ross Avenue, Suite 5350             Dallas, TX 75201-2134
                                         Dallas, TX 75201-7903
```

```
Hunter Brous                        Internal Revenue Service            J. David Gillikin
1221 South Congress Avenue, Apt 421 Special Procedures Branch           4731 Wildwood Road
Austin, TX 78704-2405               1100 Commerce Street, MC 5020 DAL   Dallas, TX 75209-1929
                                    Dallas, TX 75242-1100


JL CRAFT LLC                        Jeff Etessam                        Jeff Kranz
Attn:  Joseph A. LaNasa III         3705 Purdue Avenue                  1605 Navarro Court
54 Byram Drive                      Dallas, TX 75225-7209               Allen, TX 75013-1172
Greenwich, CT 06830-7066


Jeffrey Roger Staubach Trust        John Walding                        Johnny D. Showalter
5505 Nakoma Drive                   14610 Riverside Drive               6215 Parkside Drive
Dallas, TX 75209-5621               Little Elm, TX 75068-2759           Arlington, TX 76001-8435


Joshua Douglas White                Kelly Canterbury                    Kevin Lacz
5726 Preston Haven                  2315 Calmont Drive                  1320 Bridgton Cape Ct.
Dallas, TX 75230-2601               Arlington, TX 76001-8409            Winston Salem, NC 27127-1008


Lawrence J. Freidman                MC3B LLC                            Mai Armstrong Brous
Shauna A. Izadi                     Attn:  Mike Burress                 4426 Bluffview Blvd.
Friedman & Feiger                   5430 LBJ Freeway, Suite 1090        Dallas, TX 75209-2814
5301 Spring Valley Road, Suite 200  Dallas, TX 75240-2672
Dallas, TX 75254-2488


Mark Lang                           Office of the United States Trustee Quail County Construction Co. Inc.
2817 Daniel Creek                   1100 Commerce Street, Room 976      Attn:  Tim Allen
Mesquite, TX 75181-1299             Dallas, Texas 75242-0996            2495 N US Highway 385
                                                                        Andrews, TX  79714


RBH Ventures Ltd.                   RRP Training LLC                    Randy Dehay
Attn: Bradley Hicks                 Attn: Raymon Hunt                   5460 Ranch Road 32
100 Crescent Court, Suite 1200      600 Milam Court                     Blanco, TX 78606-5047
Dallas, TX 75201-7860               Irving, TX 75038-6290


Rays Hardware & Sporting Goods      Red Gap Communications              Rigo Durazo
730 Singleton Blvd.                 504 Main Street                     23219 N. 25th Street
Dallas, TX 75212-4011               Fort Worth, TX 76102-3925           Phoenix, AZ 85024-7562


Roger T. Staubach                   Scot & Catherine J. Phillips        Securities and Exchange Commission
5242 Ravine Drive                   3601 Wentwood                       175 West Jackson, Suite 900
Dallas, TX 75220-2260               Dallas, TX 75225-5114               Chicago, IL 60604-2908


Shannon Rogers                      (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Steven Young
23219 N. 25th Street                REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  3824 Cedar Springs Road, #357
Phoenix, AZ 85024-7562              PO BOX 13528                        Dallas, TX 75219-4136
                                    AUSTIN TX 78711-3528
```

| | | |
|---|---|---|
| TOH Jr Ventures Ltd<br>Attn: Thomas O. Hicks, Jr.<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201-7860 | Taya Kyle<br>5611 Mulberry Lane<br>Midlothian, TX 76065-5297 | Taya Kyle, Executrix of the Estate of Chris<br>c/o Gerrit Pronske<br>Pronske Goolsby & Kathman, P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201-7903 |
| Taya Kyle, Individually<br>c/o Gerrit Pronske<br>Pronske Goolsby & Kathman P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201-7903 | Texas Attorney Generals Office<br>Bankruptcy-Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | The Get Good Trust<br>Attn: Jim Dondero<br>300 Crescent Court, Suite 700<br>Dallas, TX 75201-7849 |
| Toby Neugebauer<br>3700 Winding Creek Drive<br>Austin, TX 78735-1483 | Todd Groves<br>6207 Glendora Avenue<br>Dallas, TX 75230-5120 | Trinity Equity Partners I LP<br>Attn: Wil VanLoh<br>1401 McKinney Street, Suite 2700<br>Houston, TX 77010-4045 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Utopia Investments Ltd.<br>Attn: Aaron Kozmetsky<br>4117 Windsor Pkwy<br>Dallas, TX 75205-1670 | William L. Wallander<br>Katherine Drell Grissell<br>Vinson & Elkins<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975 |
| c/o Gerrit Pronske<br>Pronske Goolsby & Kathman, P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201-7903 | Denise Baumgartner<br>2711 Parkview Drive<br>Corinth, TX 76210-2736 | Donna Wedgeworth Garcia<br>4905 Balsam Drive<br>Land O' Lakes, FL 34639-5626 |
| Patrick J. Neligan Jr.<br>Neligan Foley LLP<br>325 N. St. Paul, Suite 3600<br>Dallas, TX 75201-3833 | Seymour Roberts Jr.<br>Neligan Foley LLP<br>325 N. St. Paul<br>Suite 3600<br>Dallas, TX 75201-3833 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711 | (d)Texas State Comptroller<br>PO Box 149348<br>Austin, TX 78714-9348 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Johnnie Showalter | (u)Taya Kyle | (du)Taya Kyle |

End of Label Matrix
Mailable recipients    76
Bypassed recipients     3
Total                  79